UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2004 FEB -3  P 12: 17
US DISTRICT COURT
BRIDGEPORT CT

Robert Salatto

v.

Town of Branford, et al

PRISONER
CIV. NO.3:02cv230 (EBB)

## NOTICE TO PARTIES

This file is now being maintained in Bridgeport.

You should file all future filings with the Office of the Clerk, United States District Court for the District of Connecticut at

You should no longer include the prisoner designation over the case number on any document filed in this action.

If you have inquiries regarding the status of your case, you should contact the Bridgeport Clerk's Office at 915 Lafayette, Bridgeport, CT 06604.

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK