# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

ROBERT F. SALATTO, *PRO SE*,

                Plaintiff,

v.

TOWN OF BRANFORD, ET AL.,

                Defendants.

Civil Action No.

3:02 CV 0230 (EBB) (JGM)

JANUARY 14, 2004

## MOTION FOR PERMISSION TO FILE MORE THAN 25 INTERROGATORIES

Pursuant to D. Conn. Local Rule 7, the defendants, TOWN OF BRANFORD; ROBERT GILL, Chief of Police; PATRICK O'MALLEY, Patrol Officer; and DAVID ATKINSON, Patrol Officer, move the Court for permission to serve more than 25 interrogatories upon the plaintiff.

In support of this motion:

1. The plaintiff's 13 page Amended Complaint makes allegations across four defendants without much specificity as any one defendant.

2. Many of the plaintiff's allegations are conclusory or merely attribute conduct to "others" not named in the Amended Complaint as defendants.

3. Furthermore, the plaintiff combines allegations concerning federal constitutional claims, state constitutional claims, state law tort claims and other difficult to discern claims, all co-mingled in five counts.