UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

ROBERT SALATTO, JR.

v.

TOWN OF BRANFORD, et al.

Case No.  PRISONER
3:02CV230 (EBB) (JGM)

## RULING AND ORDER

Pending is plaintiff's motion to amend and defendants' motion for permission to serve more than twenty-five interrogatories on the plaintiff and defendants' motion for stay. For the reasons set forth below, the motions are granted.

The plaintiff seeks to amend to name the defendants in their official capacities as well as their individual capacities. The plaintiff's motion is granted absent objection.

The defendants seek to serve fifty interrogatories on the plaintiff due to the lack of specificity in the complaint and the number of state and federal law claims. The motion is granted. The defendants also seek a stay of this action until June 30, 2003, due to an order of rehabilitation entered against the insurance company that insured the Town of Branford and the defendant police officers. The motion for stay is granted nunc pro tunc.

It has come to the court's attention that the Department of Correction discharged the plaintiff from prison in July 2003.[1] (See doc. # 36) The plaintiff, however, has

---

[1] The court received a letter from the Department of Correction dated July 25, 2003, indicating that the plaintiff had been discharged from prison. In addition, the defendants' motion for security for costs [doc. # 36] includes a letter from the plaintiff to counsel for the defendants indicating that the plaintiff had been

failed to update his address with the court. Rule 83.1(c)2 of the Local Civil Rules of the United District Court for the District of Connecticut requires any party appearing pro se to keep the court advised of his or her current address in Connecticut "where service can be made upon him or her in the same manner as service is made on an attorney." The plaintiff is directed to file a written notice of his new address within twenty days of the date of this order. Failure to file a notice of change of address may result in dismissal of this case.

## Conclusion

The plaintiff's Motion for Leave to Amend [**doc. # 22**] is **GRANTED**. The Clerk shall docket the amended complaint attached to the motion. The defendants' Motion for Leave to Serve Interrogatories in Excess of Twenty-Five [**doc. # 34**] is **GRANTED**. The Motion for Stay [**doc. # 29**] is **GRANTED** nunc pro tunc. The plaintiff shall file his written notice of change of address within **twenty days** of the date of this order. The Clerk is directed to send a copy of this ruling to the plaintiff at the address on file with the court and at 1204 Main Street, PMB Box #262, Branford, Connecticut 06405. Failure to submit a notice of change of address may result in dismissal of this action.

SO ORDERED in New Haven, Connecticut, this ____ of February, 2004.

Joan G. Margolis
United States Magistrate Judge

---

discharged from prison in July and was residing in Branford, Connecticut.