UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
Feb 5   9 33 AM '04

ROBERT SALATTO, JR.

v.

TOWN OF BRANFORD, et al.

Case No.   PRISONER
3:02CV230 (EBB) (JGM)

### ORDER

On August 21, 2003, the court granted defendants' motion to stay this case until January 28, 2004, due to an order of rehabilitation entered against the insurance company that insured the Town of Branford and the defendant police officers. The stay has now expired and counsel for the defendants has not moved to continue the stay. In addition, counsel has filed an answer to the amended complaint as well as a motion to serve interrogatories on the plaintiff. Thus, it is apparent that counsel seeks to proceed with the litigation of this case. Accordingly, the stay is hereby lifted.

SO ORDERED in New Haven, Connecticut, this ____ of February, 2004.

Ellen Bree Burns
United States District Judge