UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
JAN 16  3 05 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| ROBERT F. SALATTO, PRO SE, | |
| Plaintiff, | Civil Action No. |
| v. | PRIS<br>3:02 CV 0230 (EBB) (JGM) |
| TOWN OF BRANFORD, ET AL., | |
| Defendants. | JANUARY 14, 2004 |

## MOTION FOR BOND AS SECURITY FOR COSTS

Pursuant to D.Conn.L.R. 83.3, the defendants, TOWN OF BRANFORD; ROBERT GILL, Chief of Police; PATRICK O'MALLEY, Patrol Officer; and DAVID ATKINSON, Patrol Officer., move that the Court enter an order requiring the plaintiff, ROBERT F. SALATTO, JR., post bond or sufficient surety in the amount of Five Hundred ($500.00) Dollars as security for the costs of this action.

The defendants also submit that the plaintiff no longer qualifies to prosecute this action *in forma pauperis* because he has been released from prison and has opened his own business in Branford. See Exhibit A.

Therefore, this motion should be granted and the plaintiff should be required to post bond.

THE DEFENDANTS,
TOWN OF BRANFORD; ROBERT
GILL, Chief of Police; PATRICK
O'MALLEY, Patrol Officer; and DAVID
ATKINSON, Patrol Officer.

/s/ John J. Radshaw, III
John J. Radshaw, III, ct19882
HOWD & LUDORF
65 Wethersfield Avenue
Hartford, CT 06114
(860) 249-1361
(860) 249-7665 (fax)
jradshaw@hl-law.com

## CERTIFICATION

    I hereby certify that on January 14, 2004, a copy of foregoing was served by U.S. Mail, postage pre-paid to all *pro se* parties and counsel of record.

Robert F. Salatto, Jr.
1204 Main Street
PMB Box #262
Branford, CT 06405

/s/ John J. Radshaw, III
John J. Radshaw, III

RFS Legal Research & Development
Specialized Paralegals
Correctional Consultants
Probation and Parole Advocates



1204 Main Street
PMB Box # 262
Branford, Connecticut 06405

Telephone: 1-877-PARALAW
Secondary: 1-203-481-8255
Facsimile: 203-624-2225
E Mail: ParalawRFS@ AOL

July 24, 2003

Attorney John J. Radshaw III
Howd & Ludorf
65 Wethersfield Avenue
Hartford, Connecticut 06114

Dear Mr. Radshaw:

Please be advised of my new address, as provided above. I have been released from the Connecticut Department of Correction and am running a small freelance paralegal service to prisoners from my residence. You may contact me at the above-referenced telephone number at any time during standard business hours.

With reference to the case, I do not know how much longer I can concede to the present stay without protest. I understand that the insurer is in rehabilitation, and thus is experiencing inherent financial difficulty. However, I have acquiesced with the defendants' nine consecutive moratorium requests thus far without hesitation, as I want to genuinely foster a spirit of mutual cooperation with regard to the resolution of this dispute. However, the practicalities of my case simply cannot permit a wholesale or indefinite suspension of discovery in this matter without limitation. Such would leave my claim stale and effectively defunct. By virtue of this communication, I therefore am requesting a stipulation to end the present stay, at least with respect to basic, essential discovery procedures. I understand, by virtue of our various communications, that Legion is not able to engage in negotiations respecting even a token settlement in this matter. Notwithstanding the same, I am requesting that you agree to permit the commencement of basic discovery in this matter, absent the possibility of settlement negotiations at this point.

# Exhibit A

Mr. John Radshaw
July 24, 2003
Page -2-

      I am planning to attempt to reach you by telephone, but I may not have the time this week as I am assembling my law library and office. I will, however, attempt to speak with you at some point during the forthcoming week. You may always contact me at my toll-free telephone number 1-877-PARALAW.

      If I can be of any further assistance in this matter, please contact me. In addition, please advise me as to your position with respect to my request that discovery be commenced in this matter, without the inclusion of settlement negotiations due to Legion's financial position.

Very truly yours,

Robert Salatto, Jr.