# U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

---

**PLAINTIFF:** Robert Saiatto, Jr.

**COURT CASE NUMBER:** 3:02-CV-230 (EBB/JGM)

**DEFENDANT:** (Thomas W. Grantland) Town of Branford

**TYPE OF PROCESS:** Complaint & Summons

**SERVE** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Branford Police Department c/o Thomas W. Grantland

**ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code):** 33 Laurel Street, Branford, CT 06405

**SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:**
Robert Saiatto
P.O. Box 100
Somers, CT 06071

- Number of process to be served with this Form - 285: 1
- Number of parties to be served in this case: 1
- Check for service on U.S.A.: —

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE:**

IFP / IND Capacity — Thomas W. Grantland is a Lieutenant @ the Branford Police Department in Branford, CT 06405. He can be served accordingly therein.

**Signature of Attorney or other Originator requesting service on behalf of:** Robert Saiatto ☒ PLAINTIFF ☐ DEFENDANT

**TELEPHONE NUMBER:** —

**DATE:** 30 Dec 2002

---

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 14 | No. 14 | G.I.W | 6/9/03 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

**Name and title of individual served (if not shown above):**

**Address (complete only if different than shown above):**

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

**Date of Service** | **Time** am / pm

**Signature of U.S. Marshal or Deputy:** G.I.W

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

**REMARKS:**
Mailed - 6/9/03
Returned 2/19/04 -- Unexecuted NRIMS

---

**PRIOR EDITIONS MAY BE USED**    **1. CLERK OF THE COURT**    **FORM USM-285 (Rev. 12/15/80)**