UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

Feb 13  3 29 PM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN

ROBERT SALATTO, JR.

v.

TOWN OF BRANFORD, et al.

Case No.

PRISONER
3:02CV230 (EBB) (JGM)

## RULING ON PENDING MOTION

Pending is defendants' motion for security for costs.  This motion is identical to a previous motion for costs filed by the defendants.  The Clerk granted the first motion on January 27, 2004.  Thus, this Motion [doc. # 43] is DENIED as moot.

SO ORDERED in New Haven, Connecticut, this 13th of February, 2004.

_____
Joan G. Margolis
United States Magistrate Judge