UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT F. SALATTO, JR. | : | NO.: 3:02CV0230 (EBB) |
| | : | |
| v. | : | |
| | : | |
| TOWN OF BRANFORD; ROBERT GILL, | : | |
| CHIEF OF POLICE; PATRICK O'MALLEY, | : | |
| PATROL OFFICER; DAVID ATKINSON, | : | |
| PATROL OFFICER; AND JOHN DOE, | : | |
| SHIFT SUPERVISOR | : | MARCH 10, 2004 |

## MOTION TO DISMISS

The defendants, Town of Branford, Robert Gill, Chief of Police, Patrick O'Malley, Patrol Officer, David Atkinson, Patrol Officer, and John Doe, Shift Supervisor, hereby move to dismiss the plaintiff's case for his failure to file a bond or sufficient security for the costs of this action.

On January 13, 2004, the defendants moved for a bond of security for costs. The motion was granted on January 27, 2004 (see Exhibit A) and the plaintiff was given thirty (30) days in which to file such bond. Thirty (30) days has passed and no bond has been filed. Moreover, the plaintiff has not moved for an extension of time in which to file a bond.

Accordingly, the defendants pray that the court enters an order dismissing the plaintiff's case for his failure to file a bond as security for costs.

ORAL ARGUMENT IS NOT REQUESTED

        DEFENDANTS,
        TOWN OF BRANFORD; ROBERT GILL,
        CHIEF OF POLICE; PATRICK O'MALLEY,
        PATROL OFFICER; DAVID ATKINSON,
        PATROL OFFICER; AND JOHN DOE,
        SHIFT SUPERVISOR


        By/s/John J. Radshaw, III
          John J. Radshaw, III,
          ct19882
          Howd & Ludorf
          65 Wethersfield Avenue
          Hartford, CT  06114
          (860) 249-1361
          (860) 249-7665 (fax)
          jradshaw@hl-law.com

## **CERTIFICATION**

     This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 10th day of March, 2004.

Robert F. Salatto, Jr.
466 West Main Street
Waterbury, CT 06702


        /s/John J. Radshaw, III
        John J. Radshaw, III