UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Jan 27  8 06 AM '04

Robert F. Salatto

v.

Town of Branford, et al

Case Number: 3:02cv230 (EBB)(JGM)

ORDER RE: SECURITY BOND
------------------------

The defendant(s):

Town of Branford, et al

in the above-entitled case having made application to the Clerk of Court for an order requiring the plaintiff(s) to deposit or file a bond with sufficient surety in the sum of $500.00 pursuant to Local Rule 83.3(a) of the Rules of Civil Procedure for the United States District of Connecticut.

It is ORDERED that the plaintiff(s) herein file a bond as security for costs in this action within thirty (30) days from this date.

Dated at New Haven, Connecticut, January 27, 2004.

KEVIN F. ROWE, CLERK

By: *Rita Warner*
Rita Warner
Deputy Clerk