United States District Court
District of Connecticut

**FILED**
2004 MAR 23 A 8:24
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

Robert F. Salatto
    Plaintiff

v.                                                                3:02-cv-230 (EBB)

Town of Branford, et al
    Defendants                                March 17, 2004

### Plaintiff's First Motion for Enlargement of Time to Respond to Defendants' Interrogatories

The plaintiff, Robert Salatto, requests a thirty (30) day enlargement of time, up to and including April 17, 2004, in which to respond to the defendants' first set of interrogatories and requests for production dated February 17, 2004.

The defendants' have filed fifty (50) interrogatories and seven (7) requests for production on February 17, 2004. The plaintiff is presently residing at a specialized health care facility, and without access to his files, documents, or tangible things. The plaintiff has conferred with opposing counsel on March 10, 2004, regarding the herein requested thirty (30) day enlargement of time in which to respond, and opposing counsel DOES NOT OBJECT.

Wherefore, the plaintiff hereby requests that he be given until April 17, 2004 to respond

and/or object to the defendants first set of interrogatories and request(s) for production dated February 17, 2004.

Respectfully,

*[signature]*

Robert Salatto, Pro Se
466 W. Main St.
Waterbury, Ct 06702

## Certification

This is to certify that one (1) copy of this motion has been forwarded to Attorney John Cuddahew, 65 Wethersfield Avenue, Hartford, Connecticut, by the plaintiff, who placed this document properly addressed to him with the TREATMENT STAFF AT Connecticut Renaissance West, Inc., and directed them to mail it via U.S. Mail, without delay, on March 17, 2004.

*[signature]*

Robert Salatto
466 W. Main St.
Waterbury, Ct 06702