# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

ROBERT F. SALATTO, *PRO SE,*

                                    *Plaintiff,*                    Civil Action No.

v.

TOWN OF BRANFORD, ET AL.,                        3:02 CV 0230 (EBB) (JGM)

                                    *Defendants.*                  MARCH 17, 2004

### REPORT OF PARTIES' PLANNING MEETING

Date Complaint Filed:                February 6, 2002

Date Complaint Served:               Unknown

Date of Defendant's Appearance:      October 30, 2002

Pursuant to Fed. R. Civ. P. 16(b), 26(f) and D. Conn. L. Civ. R. 16, a telephone conference was held on February 10, 2004, by telephone. The participants were:

Plaintiff:      Robert F. Salatto          *Pro se*

Defendants:     Town of Branford; Robert Gill,     John J. Radshaw, III
                Chief of Police; Patrick O'Malley,
                Patrol Officer; David Atkinson,
                Patrol Officer; and John Doe, Shift
                Supervisor

## I. Certification

Undersigned counsel certifies that, after consultation with his client, they have discussed the nature and basis of the parties' claims and defenses and any possibilities for achieving a prompt settlement or other resolution of the case and, in consultation with his client, has developed the following proposed case management plan. Counsel further certifies that he has forwarded a copy of this report to his client. A copy of the foregoing was served by U.S. Mail to all *pro se* parties.

## II. Jurisdiction

### A. Subject matter Jurisdiction