UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT F. SALATTO | : | |
| | : | PRISONER |
| v. | : | Case No. 3:02CV230 (EBB)(JGM) |
| | : | |
| TOWN OF BRANFORD, et al. | : | |

RULING AND ORDER

Plaintiff seeks an extension of time until April 17, 2004, to respond to defendants' interrogatories and requests for production. Plaintiff's motion [**dkt. #50**] is **GRANTED**.

**SO ORDERED** this ___8th__ day of April, 2004, at New Haven, Connecticut.

_____/s/_____
JOAN G. MARGOLIS
UNITED STATES MAGISTRATE JUDGE