**ST. OF CT., DEPT OF CORRECTION**

Salutto 180287
NHCCC
245 Whalley Avenue
New Haven Ct 06511-8000
Legal mail only!

This correspondence originated
from an inmate at a
Connecticut Correctional Facility

Attorney John Radshaw III
c/o Howd + Ludorf
165 Wethersfield Ave
Hartford Ct

Motion(s) Enclosed!!!

LEGAL MAIL to Attorney

06511 [illegible]

Please do not [illegible]!!!

EXHIBIT A