UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

ROBERT F. SALATTO, JR.           :       NO.:  3:02CV0230 (EBB)

                                 :

v.                              :

                                 :

TOWN OF BRANFORD; ROBERT GILL,   :

CHIEF OF POLICE; PATRICK O'MALLEY, :

PATROL OFFICER; DAVID ATKINSON,    :

PATROL OFFICER; AND JOHN DOE,      :

SHIFT SUPERVISOR                  :       AUGUST 1, 2004

## NOTICE OF DEPOSITION

TO:     ALL COUNSEL OF RECORD AND PRO SE PARTIES

PLEASE TAKE NOTICE that at **11:00 a.m. on Thursday, August 26th, 2004,**

at the law offices of Howd & Ludorf, 65 Wethersfield Avenue, Hartford, Connecticut,

the defendants, Town Of Branford; Robert Gill, Chief Of Police; Patrick O'Malley,

Patrol Officer; David Atkinson, Patrol Officer; And John Doe, Shift Supervisor, will take

the deposition of the deponent, **ROBERT F. SALATTO, SR.**, of 14 Svea Avenue,

Branford, Connecticut, upon oral examination pursuant to Federal Rules of Civil

Procedure, before Niziankiewicz & Miller, a notary public, or before some other officer

authorized by law to administer oaths.

EXHIBIT B



DEFENDANT'S
EXHIBIT NO. 2
FOR IDENTIFICATION
8/26/04
DATE:          RPTR: nmg

The oral examination shall continue from day to day until completed.  You are invited to attend and cross-examine.

DEFENDANTS,
TOWN OF BRANFORD; ROBERT GILL,
CHIEF OF POLICE; PATRICK O'MALLEY,
PATROL OFFICER; DAVID ATKINSON,
PATROL OFFICER; AND JOHN DOE,
SHIFT SUPERVISOR

By_____
John J. Radshaw, III,
ct19882
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT  06114
(860) 249-1361
(860) 249-7665 (fax)
jradshaw@hl-law.com

2

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent to all counsel of record and pro se parties via certified mail/return receipt this 1st day of August, 2004.


Robert F. Salatto, Sr.
14 Svea Avenue
Branford, CT 06515

Robert F. Salatto, Jr.
14 Svea Avenue
Branford, CT 06515

_____
John J. Radshaw, III

3

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | | Postmark Here |
| Return Reciept Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

2588
Salatto
8/2/04

Sent To
Robert F. Salatto, Jr.

Street, Apt. No.; or PO Box No.
14 Svea Avenue

City, State, ZIP+4
Branford, CT 06515

See Reverse for Instructions

PS Form 3800, June 2002

7003 2260 0005 2035 9961

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Robert F. Salatto, Jr.
14 Svea Avenue
Branford, CT 06515

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Robert Salatto_  ☒ Agent  ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
Robert Salatto    8·6·04

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☒ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)
7003 2260 0005 2035 9961

PS Form 3811, August 2001    Domestic Return Receipt    102595-01-M-2509