# HOWD & LUDORF

ATTORNEYS AT LAW

JOHN J. BOGDANSKI*
PHILIP T. NEWBURY, JR.*†
THOMAS R. GERARDE
MARK J. CLAFLIN*
CHRISTOPHER M. VOSSLER◊
WILLIAM F. CORRIGAN
DAVID S. MONASTERSKY
MICHAEL J. ROSE
COLETTE S. GLADSTONE
MELINDA A. POWELL
PAUL ERICKSON*^
DANIEL C. DeMERCHANT°
ALEXANDRIA L. VOCCIO◊
BEATRICE S. JORDAN
JAY T. DonFRANCISCO
JOHN J. RADSHAW, III◊
DeANN K. SEYMOUR
ERIC D. EDDY
MARTHA A. SHAW*
MELANIE A. DILLON
MAGDALENA P. PARNELL*
DARREN B. TALLMAN
CHRISTOPHER J. PICARD

65 WETHERSFIELD AVENUE
HARTFORD, CONNECTICUT 06114-1190

(860) 249-1361
(860) 249-7665 (FAX)
www.hl-law.com

OF COUNSEL
JOHN R. LILLIENDAHL, III°

RETIRED
EDWARD S. LUDORF

*ALSO ADMITTED IN MASSACHUSETTS
†ALSO ADMITTED IN RHODE ISLAND
◊ALSO ADMITTED IN NEW YORK
°ALSO ADMITTED IN FLORIDA
^ALSO ADMITTED IN ILLINOIS

June 21, 2004

Robert F. Salatto, Jr.
1204 Main Street
PMB Box #262
Branford, CT 06405

Re:   Robert F. Salatto, Jr. v. Town of Branford, et al
      H&L File No.: 110-02588

Dear Mr. Salatto:

   I recently sent you some material to the following address: 466 West Main Street, Waterbury, CT 06702. These materials were returned unopened and refused. Please provide me in writing as soon as possible your updated address. I suggest that you should also update your current address with the court.

   Thank you for your prompt attention to this matter.

Very truly yours,

John J. Radshaw, III

JJR/ecb

EXHIBIT C

DEFENDANT'S
EXHIBIT NO. 6
FOR IDENTIFICATION
DATE 8/26/04  RPTR nmg

# HOWD & LUDORF
### ATTORNEYS AT LAW

JOHN J. BOGDANSKI*
PHILIP T. NEWBURY, JR.*†
THOMAS R. GERARDE
MARK J. CLAFLIN*
CHRISTOPHER M. VOSSLER◊
WILLIAM F. CORRIGAN
DAVID S. MONASTERSKY
MICHAEL J. ROSE
COLETTE S. GLADSTONE
MELINDA A. POWELL
PAUL ERICKSON*^
DANIEL C. DeMERCHANT°
ALEXANDRIA L. VOCCIO◊
BEATRICE S. JORDAN
JAY T. DONFRANCISCO
JOHN J. RADSHAW, III◊
DeANN K. SEYMOUR
ERIC D. EDDY
MARTHA A. SHAW*
MELANIE A. DILLON
MAGDALENA P. PARNELL*
DARREN B. TALLMAN
CHRISTOPHER J. PICARD

65 WETHERSFIELD AVENUE
HARTFORD, CONNECTICUT 06114-1190

(860) 249-1361
(860) 249-7665 (FAX)
www.hl-law.com

OF COUNSEL
JOHN R. LILLIENDAHL, III°

RETIRED
EDWARD S. LUDORF

*ALSO ADMITTED IN MASSACHUSETTS
†ALSO ADMITTED IN RHODE ISLAND
◊ALSO ADMITTED IN NEW YORK
°ALSO ADMITTED IN FLORIDA
^ALSO ADMITTED IN ILLINOIS

June 21, 2004

Robert F. Salatto, Jr.
1204 Main Street
PMB Box #262
Branford, CT 06405

Re:   Robert F. Salatto, Jr. v. Town of Branford, et al
      H&L File No.: 110-02588

Dear Mr. Salatto:

Because I learned that some mail had been refused at your most recent official address: 466 West Main Street, Waterbury, CT 06702, I have taken the liberty to forward these items to the post office box that you had given us.

Thank you for your prompt attention to these matters.

Very truly yours,

John J. Radshaw, III

JJR/ecb
Encl.



# HOWD & LUDORF

ATTORNEYS AT LAW

JOHN J. RADSHAW, III
jradshaw@hl-law.com

65 WETHERSFIELD AVENUE
HARTFORD, CONNECTICUT 06114-1190

(860) 249-1361
(860) 249-7665 (FAX)

June 22, 2004

Robert F. Salatto, Jr.
1204 Main Street
PMB Box #262
Branford, CT 06405

Re:   Robert F. Salatto, Jr. v. Town of Branford, et al
      H&L File No.:  110-02588

Dear Mr. Salatto:

    I write today concerning mail that we sent to you that has been returned refused to the last "official" address you gave to me and to the Court. The documents returned were the defendants' responses to your interrogatories and requests for production. I mailed them on June 3, 2004 and we spoke on Monday, June 7, 2004. I have enclosed a photocopy of the exterior of the envelope which was returned to us. As you can see, it is clearly marked "attempted but not known." Because I do not know whether you will be receiving mail at this address, I am hesitant to undertake the expense of forwarding to somewhere where I do not know if you will receive it at all.

    Because you had indicated to me in earlier discussions that the address of your father, Robert F. Salatto, Sr., is 14 Seva Drive, Branford, CT 06515, I will forward a copy of this letter to that address along with the enclosures.

    Once you have communicated to me in writing that you have established a new address where you will be able to receive mail, I will forward all of these documents to you at my first available opportunity.

    Please update your address. Thank you for your prompt attention to this matter.

Very truly yours,

John J. Radshaw, III

JJR/ecb
Enclosures

cc:   Robert F. Salatto, Sr.

DEFENDANT'S
EXHIBIT NO.
FOR IDENTIFICATION
DATE: 8/26/04   RPTR:

# HOWD & LUDORF

ATTORNEYS AT LAW

JOHN J. RADSHAW, III
jradshaw@hl-law.com

65 WETHERSFIELD AVENUE
HARTFORD, CONNECTICUT 06114-1190

(860) 249-1361
(860) 249-7665 (FAX)

July 1, 2004

Robert F. Salatto, Jr.
14 Seva Avenue
Branford, CT 06515

Re:  Robert F. Salatto, Jr. v. Town of Branford, et al
     H&L File No.: 110-02588

Dear Mr. Salatto:

In furtherance of your telephone message, enclosed please find the documents which were returned from your other address at 466 West Main Street, Waterbury, CT.

I will use this address as your official address until you notify me in writing otherwise. Be sure to update your *pro se* appearance with the court.

Please do not hesitate to contact me with additional questions or concerns.

Very truly yours,

John J. Radshaw, III

JJR/ecb
Enclosures



DEFENDANT'S
EXHIBIT NO. 9
FOR IDENTIFICATION
DATE 8/26/04  RPTR: nmg