Clerk of Court
U.S.D.C. @ BPT.
915 Lafayette Blvd
Bridgeport, CT 06604

February 10, 2004

Action # 3:02 CV 230 (EBB/JGM)

<u>Formal Notice of Change of Address</u>

Please be hereafter advised that the Plaintiff, Robert F. Salatto, Jr., has formally changed his mailing address to:

Robert Salatto
466 West Main Street
Waterbury, CT 06702
(860) 591-8010

Be it immediately effectuated that ALL OTHER PRIOR ADDRESSES OF RECORD ARE ADVISED AS NULL, VOID, AND HEREBY <u>WITHDRAWN</u>.

Respectfully,

/s/ Robert Salatto
Robert Salatto, Plaintiff
466 West Main St.
Waterbury, CT 06702

DEFENDANT'S
EXHIBIT NO. 5
FOR IDENTIFICATION
DATE 8/26/04   RPTR: nmg

EXHIBIT D

## Certification

This is to certify that one (1) copy of the foregoing was provided to the DEFENDANTS, through the U.S. Postal Service, postage pre-paid, on February 10, 2004, via the address hereunder provided:

John J. Radshaw, ESQ
c/o Howd + Ludorf
65 Wethersfield Avenue
Hartford, CT 06114-1190

By: [signature]

Robert Salatto, Pro Se
466 W. Main St
Waterbury, CT 06702