## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT F. SALATTO, *PRO SE*, | |
| *Plaintiff,* | Civil Action No. |
| v. | 3:02 CV 0230 (EBB) (JGM) |
| TOWN OF BRANFORD, ET AL., | |
| *Defendant*s. | AUGUST 30, 2004 |

**MOTION FOR ENLARGEMENT OF TIME**
**TO RESPOND TO PLAINTIFF'S WRITTEN DISCOVERY**

Pursuant to D.Conn.L.R. 7(b), the defendants, TOWN OF BRANFORD; ROBERT GILL, Chief of Police; PATRICK O'MALLEY, Patrol Officer; DAVID ATKINSON, Patrol Officer; and JOHN DOE, Shift Supervisor, hereby move for an enlargement of time in which to respond to the "Plaintiff's Interrogatories directed to the Defendant Town of Branford dated July 25, 2004" up to and including Monday, October 18, 2004.

In support of this motion, the defendants offer as follows:

1. This is the *first* motion for enlargement of time filed with respect to the plaintiff's written discovery dated July 25, 2004

2. The plaintiff's interrogatories are dated July 25, 2004 and were not received until August 27, 2004, as an enclosure to a letter from the plaintiff of the same date. *See* Exhibit A.

- 2 -

3. As a regular business operation of the undersigned's law office, incoming mail is date-stamped.

4. The plaintiff's letter dated July 25, 2004 is clearly date-stamped as received on August 27, 2004. *See* Exhibit A.

5. A copy of the envelope in which the letter and interrogatories were transmitted is attached as Exhibit B.

6. The postage on the envelope appears to be printed using a Pitney Bowes postage machine and the date of the postage is clearly marked as August 26, 2004.

7. Therefore, it cannot be disputed that counsel for the defendants did not receive the Plaintiff's Interrogatories directed to the Defendant Town of Branford dated July 25, 2004 until August 27, 2004 and, therefore, must be excused from not responding within thirty (30) days of the date of the interrogatories.

8. Because the plaintiff's written discovery to the defendant Town of Branford was inexplicably delayed, perhaps due to the fact of the plaintiff's present incarceration, the defendants should be allowed additional time in which to answer or object to the plaintiff's written discovery.

9. Counsel must be excused from determining the plaintiff's position as to this motion as the plaintiff is incarcerated and cannot accept telephone calls. Moreover and given the very reason for this Motion, the dispatch of

- 3 -

      the plaintiff's mail is delayed and it is unlikely that ascertaining his position via correspondence would result in a quick reply.

10.    No amount of diligent effort can reasonably ascertain the plaintiff's position on this issue.

11.    Accordingly, the defendants seek an enlargement of time until October 18, 2004 in which to answer or object to the plaintiff's written discovery.

12.    Therefore, good cause exists to enlarge the time in which answer or object to the plaintiff's written discovery to the Town of Branford as the delay in service to the defendants and ultimately responding was entirely outside the control of the defendants.

WHEREFORE, the defendants pray their Motion for Enlargement of Time until October 18, 2004 is granted.

THE DEFENDANTS,
TOWN OF BRANFORD; ROBERT GILL, Chief of Police; PATRICK O'MALLEY, Patrol Officer; DAVID ATKINSON, Patrol Officer; and JOHN DOE, Shift Supervisor

/s/ John J. Radshaw III
John J. Radshaw III, ct19882
HOWD & LUDORF
65 Wethersfield Avenue
Hartford, CT  06114
(860) 249-1361
(860) 249-7665 (fax)

- 4 -

## **CERTIFICATION**

      I hereby certify that on August 30, 2004, a copy of foregoing was served by U.S. Mail, postage pre-paid to all *pro se* parties and counsel of record.

Robert F. Salatto, Jr.
Inmate #180287
New Haven Correctional Center
245 Whalley Avenue
New Haven, CT 06511-8000

                                                                   /s/ John J. Radshaw III
                                                                   John J. Radshaw III