RECEIVED
AUG 27 2004
BY: JR

Attorney Cadshaw:                                    July 25, 2004

  I write for three primary reasons. First, I trust that you have received my motion to Quash the deposition which you demanded of my father. Understand that I AM NOT opposed whatsoever to having him expose his sworn testimony, but rather, I simply feel that I have an inviolable right to be present at the deposition. As I AM incarcerated, kindly schedule his deposition in consonance with mine.

  Secondly, enclosed, please find my interrogatories to the Δ Town of Branford. Kindly tend to them in a manner consistent with our Civil Rules of Procedure.

  Lastly, I believe that I may be in a position to finally procure the medical documents necessary to supplement my prior responses to your interrogatories. To do such, I would request that you forward me photocopies of (1) Your interrogatories to me, and (2) my interrogatories directed to the defendants. I understand that you are not required to do such at this juncture. However, due to my incarceratory status, I AM without sets of those documents and I ASK in good-faith that we work together to further the efficient resolution of this case. Again, The problem with the medicals was that, apparently, the DOC had misplaced the file. It was speculated that the file may have been transferred to the Parole office when I was released on parole and was never returned to corrections. It still is not a certitude that the file has been located, but my understanding is that I shall be allowed to review whatever materials the DOC presently has, including any past medical notes contained therein, within the

EXHIBIT A

AUG 27 2004

forthcoming 2/3 weeks. Therefore, please send copies of your interrogatories directed to me and my interrogatories directed to the defendants. I will review all sets and send all relevant materials, provided, of course, that I receive them from D.O.C. Also, please specify exactly what materials you're seeking from the file. I will review the request and make every effort to get you any and all non-objectionable material.

* Bear in mind that I must receive your response at a date before I am called to review the medical file. Therefore, please send the requested interrogatories timely.

* Lastly, please forward me a copy of any prior statement which I may have made regarding this suit, that is in your possession.

In closing, I am in the process of preparing for a significant amount of motion practice to prepare this case for trial, and I will be shortly seeking to depose three (3) persons. I hope and anticipate that we may cooperate to further the just, economical and efficient resolution of this trial.

Respectfully,

[signature]

Robert Salatto
#180281
New Haven C.C.C.
245 Whalley Ave NH Ct 06511-
        Sicc

United States District Court
District of Connecticut

Robert F. Salatto
  Plaintiff

vs.

Town of Branford, et al.
  Defendants

July 25, 2004

Plaintiff's Interrogatories directed to the DEFENDANT Town of Branford

I) DEFINITIONS:

Identical definitions apply to the defendant Town of Branford as those enunciated in, and directed to, the natural defendants within their interrogatories. Specifically, defendant Patrick O'Malley.

II) INSTRUCTIONS

Identical instructions apply to the defendant Town of Branford as those enunciated in, and directed to, the natural defendants within their interrogatories. Specifically, defendant Patrick O'Malley.

Interrogatories

#1. Identify all persons answering these interrogatories, supplying information, or in any way assisting with the preparation of the answers:

#2: Identify by NAME, caption, and docket number with COURT LOCATION, All prior suits in which the defendant Town of Branford was named as a defendant, involving in any manner Allegations of excessive force by A police officer, Abuse of Authority by a police officer, or general misconduct of a police officer, dating back the preceding Ten (10) years:

#3: Identify Any special training of a medical nature, required of Branford Police Officers by the Town of Branford, including but not limited to, the treatment or diagnosis of cardiovascular illness or complaints, suicidal ideation or complaints, general mental health crisis intervention, And the provision of (and ACCESS) to Arrestees and detainees of medical evaluation or CARE by AN E.M.T. or paramedic while in custody?

#4: Particularly identify on what statute, case law, or other Authority you base your contention that you are immune from suit, or entitled to the Affirmative defense(s) of either Qualified immunity or Absolute immunity or any other form of immunity from suit:

#5: <u>Particularly identify</u> upon what statute, case law, or other authority you base your contention that your Agents, the defendant police officers, are immune from suit, or entitled to the affirmative defense(s) of either Qualified Immunity, Absolute Immunity, or any other form of immunity:

I hereby certify that the foregoing answers are true and correct;

       Respectfully

       _____

I hereby certify that one copy of the foregoing interrogatories was mailed to Attorney John Radshaw, 65 Wethersfield Avenue, Hartford, postage prepaid, on July 25, 2004.

       [signature]
       Robert Salatto
       The Plaintiff Pro-Se