THIS CORRESPONDENCE ORIGINATED
FROM AN INMATE AT A
CONNECTICUT CORRECTIONAL FACILITY.

COMMUNITY CORRECTIONAL CENTER
NEW HAVEN DIVISION
245 WHALLEY AVE. P.O. BOX 8000
NEW HAVEN, CT. 06530-8000

NAME Salatto, Robert
# 180287

Legal Mail only

Attorney John Cascio
Howd + Ludorf
65 Wethersfield Ave
Hartford, Ct



EXHIBIT B