United States District Court
District of Connecticut

Robert F. Salatto
   Plaintiff

Vs.

Town of Branford, et al.,
   Defendants

2004 SEP -8 USDC @ Bridgeport

Case # 3:02 CV 230

September 2, 2004

Plaintiff's Memorandum in Opposition to Defendants' Motion for an Enlargement of time

The Plaintiff, Robert Salatto, hereby objects to the defendants' Motion for an enlargement of time by which to file responses to the Plaintiff's interrogatories directed to the defendant Town of Branford dated August 27, 2004. In support, the Plaintiff maintains as follows:

1) The plaintiff will concede that counsel for the defendants' did not receive the instant interrogatories directed to the Town of Branford until the date of August 27, 2004;

2) Said defendants, therefore, have a rule-based obligation to frame responses to such interrogatories within thirty (30) days. See FRCP 33(b)(1); <u>Smith v. Principal Cas Ins. Co.</u>, 131 F.R.D. 104, 105, (S.D. Miss 1990). The prescribed period to answer would thus expire on the date of September 27, 2004;

3) The defendants have raised concerns regarding a delay

in the posting of the plaintiff's mail. The plaintiff has since remedied all circumstances associated with the purported delay;

4) The plaintiff subsequently forwarded a lengthy written communication to counsel for the defendants on Sept 02, 2004, specifically addressing the particular objections raised in counsel's letter to the plaintiff dated August 30, 2004;

5) the written communication, described supra, constituted this plaintiff's good-faith effort to compromise with the defendants respecting said discovery disputes absent juridical intervention or compelled motion practice, and made clear his position on **all** disputed discovery issues;

6) The defendants' request for an enlargement of time is therefore MOOT, as the defendants have already ascertained the plaintiff's position relative to all articulated discovery disputes, and have undertaken a good-faith effort to reduce or eliminate areas of controversy within one (1) week of receiving the plaintiff's interrogatories directed to the Town of Branford;

7) the defendants, therefore, have adequate time and notice with which to frame an informed response. Accordingly their motion to enlarge is now MOOT, and special considerations of added time in which to respond should be DENIED.

FOR THESE REASONS, the defendants' motion for an enlargement of time, up to and including, October 18, 2004, should be DENIED.

Respectfully,

*[signature]*

Robert Salatto, the Plaintiff
#180287
New Haven C.C.
245 Whalley Ave
New Haven, CT 06511-8000

This is to certify that one copy of the foregoing was mailed, postage prepaid, to counsel for the defendants, John Radshaw, 65 Wethersfield Ave, Hartford, CT 06114-1190, on Sept 2nd, 2004

*[signature]*
the Plaintiff, Pro Se