UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Oct 12  2 42 PM '04
U.S. DISTRICT COURT

ROBERT SALATTO, JR.

v.

TOWN OF BRANFORD, ET AL.

PRISONER
CASE NO. 3:02cv230 (EBB) (JGM)

## RULING AND ORDER

Pending before the court is a motion to quash, a motion for extension of time and a motion to enlarge discovery. For the reasons set forth below, the motion to quash is denied as moot, the motion for extension of time is granted and the motion to enlarge discovery is denied.

I.   Motion to Quash [doc. #53]

The plaintiff seeks to quash the subpoena for the "ex-parte" deposition of his father, who is a non-party witness to this action. Mot. Quash at 1. The defendants respond that the plaintiff's father was released from the subpoena on August 25, 2004. Thus, the motion to quash is denied as moot.

II.  Motion for Extension of Time [doc. # 55]

The defendants seek an extension of time to respond to plaintiff's July 25, 2004 interrogatories. The motion is granted over the plaintiff's objection. The defendants shall file their responses on or before October 18, 2004.

III. Motion to Enlarge Scope of Discovery [doc. # 57]

Pursuant to Rule 26(b)(1) of the Federal Rules of Civil Procedure, the plaintiff seeks to enlarge the scope of discovery to include matters relevant to the subject

matter of the action. He simply states that the court should expand the scope of discovery because he is indigent, incarcerated, inexperienced and cannot utilize the traditional methods of discovery to litigate this case. The plaintiff has failed to demonstrate good cause for expanding the scope of discovery. Accordingly, the motion is denied without prejudice.

### Conclusion

The plaintiff's Motion to Quash [**doc. # 53**] is **DENIED** as moot. The Motion for Extension of Time [**doc. #55**] to respond to the plaintiff's July 25, 2004 interrogatories is **GRANTED**. The defendants shall file their responses on or before October 18, 2004. The plaintiff's Motion to Enlarge Scope of Discovery [**doc. #57**] is **DENIED** without prejudice.

SO ORDERED this 12th day of October, 2004, at New Haven, Connecticut.

Joan G. Margolis
United States Magistrate Judge

2