UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 OCT 13 P 12: 56

U.S. DISTRICT COURT

ROBERT SALATTO, JR.

PRISONER
CASE NO. 3:02cv230 (EBB) (JGM)

v.

TOWN OF BRANFORD, ET AL.

### RULING AND ORDER

Pending before the court is an objection to posting bond and a motion to dismiss. For the reasons set forth below, the objection to posting bond is sustained and the motion to dismiss is denied as moot.

On January 27, 2004, the defendants' motion for bond was granted by the Clerk. The plaintiff was ordered to file a bond as security for costs in the amount of $500.00 within thirty days of the date of the court's order. The plaintiff has filed an objection to the order. The plaintiff states that he should not be required to post bond because he was granted leave to proceed in this action in forma pauperis. Pursuant to 28 U.S.C. § 1915(a), the court "may authorize the commencement, . . . of any suit . . . without the prepayment of fees or security therefor, by a person who submits an affidavit that includes a statement of all assets such prisoner possesses that the person is unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a)(1). At the time, the plaintiff filed his objection, he had been released from prison. He claimed that he was participating in a residential reintegration program and was not permitted to hold a job. He also claimed that his business was insolvent. The plaintiff has recently informed the court that he is incarcerated at MacDougall Correctional Institution. Because it is

evident that the plaintiff is unable to presently pay the $500.00 as security for costs, the objection to the order directing him to post bond is sustained for good cause shown. The Order directing the plaintiff to file a bond in the amount of $500.00 as security for costs is vacated. Because the court has vacated the order directing the plaintiff to post security for costs, the defendants' motion to dismiss is denied as moot.

## Conclusion

The plaintiff's Objection to Posting a Bond [doc. #44] is SUSTAINED. The Order directing the plaintiff to file a bond in the amount of $500.00 as security for costs [doc. #37] is VACATED. The Motion to Dismiss [doc. #47] is DENIED as moot.

SO ORDERED this 12 day of October, 2004, at New Haven, Connecticut.

_____
Judge Ellen B. Burns
United States District Judge