United States District Court
District of Connecticut

Robert Salatto
   Plaintiff

vs

Town of Branford, et al.,
   Defendants

SEP 23 2004   U.S.D.C. Bridgeport

2004 OCT 22 P 4: 00

CASE NO. 3:02 CV 230 (EBB)

Plaintiff's Motion for a More Particular
Statement of Defendant's Affirmative Defense(s)

The plaintiff, Robert Salatto, hereby requests that this Honorable Court command the defendants, through counsel, to supplement their designation of affirmative defenses with a more particularized elaboration of the nature and the specifity of such defense(s). In support of this motion, the plaintiff respectfully represents as follows:

1. The plaintiff is a pro se, indigent prisoner and is without the assistance of any attorney (including I.L.A.P. pursuant to the revised scope of their services via contract);

2. The correctional facility in which the plaintiff is housed maintains no law library. The plaintiff is left to his own meager collection of books;

3. Although the Federal Rules require but "notice pleading" the plaintiff's incarceration and indigency prevent him from employing

traditional methods of discovery with the vigor that is generally contemplated. The plaintiff's incarceration amounts to an all but utterly fatal handicap;

4. The purpose of FRCP (8) is to give the court and the adverse parties fair notice that the defendants will pursue a particular defense. Williams v. Ashland Eng'g Co., 45 F.3d 588, 593 (1st Cir 1995). Because an affirmative defense is a pleading, it must set forth a short and plain statement of the defense. FRCP 8(a); Heller Fin, Inc. v. Midwhey Powder Co, 883 F.2d 1286, 1294 (7th Cir 1989). The statement of the defendants fails to meet authoritative muster even yet under such liberal and generous standards. At this late stage in the discovery schedule, the plaintiff remains apprised of nothing more than that the defendants intend to pursue, at some point, the affirmative defense of "Qualified Immunity";

5. The plaintiff hereby requests that the defendants substantiate their entitlement to said defense with particularity as to acts or authorities relied thereupon;

6. The plaintiff has conferred with opposing counsel in a good-faith effort to reduce or eliminate any uncertainty respecting this issue but was unable to reach an accord.

WHEREFORE, the plaintiff hereby requests that this Honorable Court direct the defendants, through counsel, to substantiate their entitlement to said defense with particularity and specificity as to acts or authorities relied upon in support of such affirmative defense(s).

Respectfully submitted,

Robert Salatto   # 180287
The Plaintiff
1153 E. Street South
Suffield, CT

Certification

This is to certify that one (1) copy of the foregoing was mailed, postage prepaid, to counsel for the defendants, on October 7, 2004, addressed to John Radshaw, 65 Wethersfield Ave., Hartford, Ct., @ the Offices of Howd & Ludorf.

Respectfully,



Pro Se