United States District Court
District of Connecticut

Robert F. Salatto
    Plaintiff

vs.

Town of Branford, et al.
    Defendants

~~July~~ 25, 2004
Aug

Plaintiff's Interrogatories directed to the Defendant Town of Branford

I) DEFINITIONS:

Identical definitions apply to the defendant Town of Branford as those enunciated in, and directed to, the natural defendants within their interrogatories. Specifically, defendant Patrick O'Malley.

II) INSTRUCTIONS

Identical instructions apply to the defendant Town of Branford as those enunciated in, and directed to, the natural defendants within their interrogatories. Specifically, defendant Patrick O'Malley.

Interrogatories

#1. Identify all persons answering these interrogatories, supplying information, or in any way assisting with the preparation of the answers:

EXHIBIT A

#2: Identify by name, caption, and docket number with court location, All prior suits in which the defendant Town of Branford was named as a defendant, involving in any manner Allegations of excessive force by a police officer; Abuse of Authority by a police officer; or general misconduct of a police officer; dating back the preceding Ten (10) years:

#3: Identify Any special training of a medical nature, required of Branford Police Officers by the Town of Branford, including but not limited to, the treatment or diagnosis of cardiovascular illness or complaints; suicidal ideation or complaints; general mental health crisis intervention; And the provision of (and access) to Arrestees and detainees of medical evaluation or care by an E.M.T. or paramedic while in custody?

#4: Particularly identify on what statute, case law, or other Authority you base your contention that you are immune from suit, or entitled to the Affirmative defense(s) of either Qualified immunity or Absolute immunity or any other form of immunity from suit:

#5: Particularly identify upon what statute, case law, or other authority you base your contention that your Agents, the defendant police officers, are immune from suit, or entitled to the Affirmative defense(s) of either Qualified Immunity, Absolute Immunity, or any other form of immunity.

I hereby certify that the foregoing answers are true and correct;

Respectfully

_____

I hereby certify that one copy of the foregoing interrogatories was mailed to Attorney John Radshaw, 65 Wethersfield Avenue, Hartford, postage prepaid, on July 25, 2004.

*[signature]*

Robert Salatto
The Plaintiff Pro-Se

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT F. SALATTO, *PRO SE*, | |
| *Plaintiff*, | Civil Action No. |
| v. | 3:02 CV 0230 (EBB) (JGM) |
| TOWN OF BRANFORD, ET AL., | |
| *Defendants*. | AUGUST 30, 2004 |

### MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S WRITTEN DISCOVERY

Pursuant to D.Conn.L.R. 7(b), the defendants, TOWN OF BRANFORD; ROBERT GILL, Chief of Police; PATRICK O'MALLEY, Patrol Officer; DAVID ATKINSON, Patrol Officer; and JOHN DOE, Shift Supervisor, hereby move for an enlargement of time in which to respond to the "Plaintiff's Interrogatories directed to the Defendant Town of Branford dated July 25, 2004" up to and including Monday, October 18, 2004.

In support of this motion, the defendants offer as follows:

1. This is the *first* motion for enlargement of time filed with respect to the plaintiff's written discovery dated July 25, 2004

2. The plaintiff's interrogatories are dated July 25, 2004 and were not received until August 27, 2004, as an enclosure to a letter from the plaintiff of the same date. *See* Exhibit A.

EXHIBIT B

- 2 -

3. As a regular business operation of the undersigned's law office, incoming mail is date-stamped.

4. The plaintiff's letter dated July 25, 2004 is clearly date-stamped as received on August 27, 2004. See Exhibit A.

5. A copy of the envelope in which the letter and interrogatories were transmitted is attached as Exhibit B.

6. The postage on the envelope appears to be printed using a Pitney Bowes postage machine and the date of the postage is clearly marked as August 26, 2004.

7. Therefore, it cannot be disputed that counsel for the defendants did not receive the Plaintiff's Interrogatories directed to the Defendant Town of Branford dated July 25, 2004 until August 27, 2004 and, therefore, must be excused from not responding within thirty (30) days of the date of the interrogatories.

8. Because the plaintiff's written discovery to the defendant Town of Branford was inexplicably delayed, perhaps due to the fact of the plaintiff's present incarceration, the defendants should be allowed additional time in which to answer or object to the plaintiff's written discovery.

9. Counsel must be excused from determining the plaintiff's position as to this motion as the plaintiff is incarcerated and cannot accept telephone calls. Moreover and given the very reason for this Motion, the dispatch of

the plaintiff's mail is delayed and it is unlikely that ascertaining his position via correspondence would result in a quick reply.

10. No amount of diligent effort can reasonably ascertain the plaintiff's position on this issue.

11. Accordingly, the defendants seek an enlargement of time until October 18, 2004 in which to answer or object to the plaintiff's written discovery.

12. Therefore, good cause exists to enlarge the time in which answer or object to the plaintiff's written discovery to the Town of Branford as the delay in service to the defendants and ultimately responding was entirely outside the control of the defendants.

WHEREFORE, the defendants pray their Motion for Enlargement of Time until October 18, 2004 is granted.

THE DEFENDANTS,
TOWN OF BRANFORD; ROBERT
GILL, Chief of Police; PATRICK
O'MALLEY, Patrol Officer; DAVID
ATKINSON, Patrol Officer; and JOHN
DOE, Shift Supervisor

/s/ John J. Radshaw III
John J. Radshaw III, ct19882
HOWD & LUDORF
65 Wethersfield Avenue
Hartford, CT 06114
(860) 249-1361
(860) 249-7665 (fax)

- 3 -

Oct 7 2004

John Radshaw:

Enclosed, please find a motion to compel discovery responses, which I recently filed with the court. In addition, I have enclosed a seperate Request for Production dated 10/7/04 directed to the defendants. I did not file this request with the court.

Also, please be advised that, to date, I have not received the following responsive discovery requests from you, although I have had the courtesy of reminding you of their impending deadlines before such deadlines expired, via letter. To date, I would deem several of such requests untimely and I would respectfully request that you comply with said requests immediately. You are required to cooperate in the just, speedy, and inexpensive determination of this cause in compliance with the aims of Rule 1 of the Federal Rules. To date, I am awaiting:

① Return of the Request for Productions that I directed to the Town of Branford;

② Return of the Request for Productions that I directed to the several Defendants;

③ Return of the Interrogatories directed to the Town of Branford;

EXHIBIT C

Page II
Oct 7 2004

As you are aware, I additionally have several motions pending, some of which you failed to oppose.

Kindly direct sufficient attention to the upkeep of this claim, as I will certainly execute a conscious effort to do the same. I will amend my complaint to state a more intelligible claim as soon as I am able to obtain a copy of my prior complaint.

Should I be able to be of any further assistance to you in any manner, please do not hesitate to contact me by mail, or telephone, as I explained procedurally in my former letters to you.

Respectfully yours,

[signature]

Robert Salatto
# 180287
Walker MacDougall C.I.
1153 East Street South
Suffield CT