## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT F. SALATTO, *PRO SE*, | |
| *Plaintiff,* | Civil Action No. |
| v. | 3:02 CV 0230 (EBB) (JGM) |
| TOWN OF BRANFORD, ET AL., | |
| *Defendants.* | NOVEMBER 30, 2004 |

### MOTION TO MODIFY THE SCHEDULING ORDER

The defendants, TOWN OF BRANFORD; ROBERT GILL, Chief of Police; PATRICK O'MALLEY, Patrol Officer; DAVID ATKINSON, Patrol Officer; and JOHN DOE, Shift Supervisor, hereby move to modify the scheduling order in this case as follows: (1) set the discovery completion deadline to March 1, 2005; and (2) set the dispositive motion deadline to April 1, 2005.

In support of this motion, the defendants offer as follows:

1. This is the *first* motion to modify the scheduling order.

2. As the plaintiff is incarcerated, the defendants need additional time to depose the plaintiff and make the necessary arrangements with prison officials;

3. The defendants need time to address issues concerning the need to compel plaintiff's responses to written discovery that was served several

- 2 -

     months ago. Counsel had attempted to address this issue informally without court intervention but the plaintiff has not cooperated.

4. The defendants also need time to prepare and file a motion for summary judgment addressed to all issues of the plaintiff's complaint.

5. The trial schedule of the undersigned along with his efforts to work these issues out with the plaintiff on an informal basis now require a brief extension of the deadlines contemplated in the scheduling order.

6. Therefore, good cause exists to modify the scheduling order as set forth as follows: (1) the discovery completion deadline to March 1, 2005; and (2) set the dispositive motion deadline to April 1, 2005.

7. Plaintiff is an incarcerated prisoner and it is not efficient to contact him to ascertain his position concerning this motion.

WHEREFORE, the defendants pray their Motion to Modify the Scheduling Order is granted.

- 3 -

        THE DEFENDANTS,
TOWN OF BRANFORD; ROBERT GILL, Chief of Police; PATRICK O'MALLEY, Patrol Officer; DAVID ATKINSON, Patrol Officer; and JOHN DOE, Shift Supervisor

/s/ John J. Radshaw III
John J. Radshaw III, ct19882
HOWD & LUDORF
65 Wethersfield Avenue
Hartford, CT  06114
(860) 249-1361
(860) 249-7665 (fax)

## **CERTIFICATION**

     I hereby certify that on November 30, 2004, a copy of foregoing was served by U.S. Mail, postage pre-paid to all *pro se* parties and counsel of record.

Robert F. Salatto, Jr.
Inmate #180287
Corrigan Correctional Institute
986 Norwich New London Turnpike
Uncasville, CT 06382

    /s/ John J. Radshaw III
    John J. Radshaw III