Robert Saiatto
   Plaintiff

Vs.

Town of Branford, et al.,
   Defendants

USDC @ BPT

**FILED**
2004 DEC 27 P 4: 26

U.S. DISTRICT COURT
BRIDGEPORT CONN

Case # 3:02cv220(EBB)

December 22, 2004

Plaintiff's Motion for Compelled Compliance with Rule 34 Production Request to Defendants

The undersigned plaintiff, pursuant to FRCP 37(a)(2)(B), hereby requests that this Honorable Court enter an order compelling compliance with his requests for production directed to the defendants in this matter on October 07, 2004. In support of this motion, your plaintiff respectfully represents as follows:

(1) That on October 07, 2004, he framed and served upon the defendants, through counsel, a request for the production of documents pursuant to Fed. R. Civ. P. 34. A copy of said request is attached hereto and marked as Exhibit A;

(2) That the defendants took no action responsive to said request, and on November 24, 2004, your plaintiff additionally directed a letter to opposing counsel referencing

the defendants non-compliance with his written request for discovery. The plaintiff additionally indicated to counsel that such correspondence was intended to constitute his rule-based obligation to cooperate in the unassisted resolution of discovery disputes. A copy of said correspondence is attached hereto and marked as Exhibit B;

(3) Additionally referenced to opposing counsel in said letter was an expression of disappointment respecting the plaintiff's need to effectuate motion practice in pursuit of compliance with several of his discovery requests and a clearly couched request that opposing counsel take appropriate measures to cooperate with discovery requests in compliance with the aims of Federal Rule 1;

(4) Notwithstanding both the initial Rule 34 request dated October 07, 2004, and the above-referenced letter dated November 24, 2004, the defendants took no action and no responsive documents or objections were at any time served;

(5) Accordingly, at this excessively untimely juncture, the defendants have waived their right to interpose an objection to any portion of said

-3-

request, and this court should order compliance as a matter of law. If a party does not object to a request for production within the 30 day time-limit enunciated in FRCP 34(b), its objections are waived unless the party secures an extension from the court or other party before the deadline. Krewson v. City of Quincy, 120 F.R.D. 6, 7 (D. MASS 1988); see Day v. Boston Edison Co., 150 F.R.D. 16, 21 (D. MASS 1993). Approximately eleven (11) weeks have elapsed since the plaintiff served this request upon the defendants, and the defendants have failed to disclose, answer, or respond in any manner whatsoever. Thus, the defendants have waived their right to interpose any purported objection(s) and this court should compel compliance as a matter of law;

(6) A motion for sanctions is additionally filed together with this motion.

WHEREFORE, it is respectfully requested that this Honorable Court order compelled compliance with the plaintiff's request(s) for production dated October 7, 2004.

Respectfully submitted,

_____
Robert Salatto
Plaintiff, Pro Se
Corrigan C.I.
986 Norwich-New London Tnpk.
Uncasville, CT 06382

CERTIFICATION

This is to certify that one (1) copy of the foregoing was sent, via U.S. mail with first-class postage prepaid, to Attorney John J. Radshaw III, 605 Wethersfield Ave., Hartford, CT, on December 22, 2004.

_____
Robert Salatto, Pro Se