Robert Saiatto
          Plaintiff

Us.

Town of Branford, ET AL.,
          Defendants

FILED

U.S.DEC 27 PM 4: 26

U.S. DISTRICT COURT
BRIDGEPORT CONN.

Case 3:02 cv 00230 (EBB)

December 22, 2004

### Plaintiff's Motion Requesting Sanctions

The undersigned plaintiff, pursuant to FRCP 37(d), hereby requests that this Honorable Court invoke its inherent power to sanction the defendants for thier consistent refusal to cooperate with discovery requests. In support of this motion, your plaintiff respectfully represents as follows:

(1) The plaintiff brings this motion subsequent to the defendants' consistent refusal to cooperate in the good-faith execution of discovery practices. Thus far, the plaintiff has had to file more than fifteen (15) pages of various motions requesting compelled compliance;

(2) More particularly, in this instance, the plaintiff propounded a request for the production

A pattern of discovery-obstruction in this action, necessitating the plaintiff's filing of several compliance motions.

For these reasons, this Honorable Court should invoke its inherent power to sanction Attorney Radshaw for his non-compliance to the plaintiff's written request for discovery dated October 07, 2004.

Respectfully submitted,

Robert Salatto, the Plaintiff
986 Norwich-New London Tpk.
Uncasville, CT 06382

CERTIFICATION

This is to certify that one (1) copy of the foregoing was sent, first class postage prepaid, to John J. Radshaw, III, 605 Wethersfield Avenue, Hartford, CT., on December 22, 2004

Robert Salatto
the Plaintiff

Exhibit A

Robert Saiatto
   Plaintiff

USDC @ BPt

Vs.

CASE 3:02 CV 230

Town of Bromford, et al.
   Defendants

October 7 2004

Plaintiff's Request for Production

Pursuant to FRCP 34, the plaintiff hereby requests that the defendants produce for copying and inspection the following documents within thirty (30) days of the date of this request. The place of production shall be at the Walker - MacDougall Correctional Center, 1153 East Street South, Suffield, CT., or by U.S. Mail posted to the same address, properly addressed to the plaintiff. The materials requested are as follows:

1) The Bromford Police Department Patrol Commander's log sheet for the dates of November 2, 2001 and November 15, 2001;

2) Copies of the plaintiff's detention cards for the dates of November 2, 2001 and November 15, 2001;

3) The Patrol Commander's "daily report" for the dates of November 2, 2001 and November 15, 2001;

4) the Departmental Suicide Prevention form, together with any and all supplemented notes and reports, pertaining to the plaintiff, from the dates of November 2, 2001 and November 15, 2001;

5) Any and all use of force reports and use of force incident reports or general incident reports pertaining to the plaintiff or the plaintiff's arrest and detention on the dates of November 2, 2001 and November 15, 2001.

NOTE: All requests for production relating to request # (3) respecting the Patrol Commanders daily report for the dates of November 2, 2001 and November 15, 2001 relate only to the time(s) that the plaintiff was either investigated, detained, or Arrested, or released, or in any way mentioned, referred to, or Alluded to.

Respectfully submitted,

Robert Salatto, the Plaintiff
# 180287
1153 E. Street South
Suffield, Ct

Exhibit B

November 24, 2004

John J. Radshaw III, Esq.
65 Wethersfield Avenue
Hartford, CT 06516

Dear Attorney Radshaw:

Please be advised that my latest set of Rule 34 requests for production dated October 07, 2004, has not yet been complied with, to my knowledge. I have received no responsive documents or objections to date. It has been more than seven (7) weeks since I have served such requests upon you. Please consider this my good-faith effort to resolve this matter devoid of motion practice.

It is also noteworthy to mention that I have had to file two (2) successive motions to compel respecting the preceding two (2) requests under rules 33 & 34. Should I be forced to file yet another motion to compel, I will be vigorously encouraging sanctions. Please cooperate with my discovery requests, as I believe I have done with your requests, and that my instant requests to your clients are reasonable. Kindly keep in mind the spirit of Federal Rule 1. Please, therefore, make the requested disclosures dated

II

Cont.

October 07, 2004, requesting commander's log sheets, detention cards, daily reports, and suicide prevention forms, all for the dates of November 02 and NOVEMBER 15, 2004. PLEASE do such without further delay.

Should you need to contact me, I would be more than willing to address these, or any other matters relative to this suit.

Respectfully,

Robert Salatto
Corrigan C.I.
986 Norwich-New London Tpk
Uncasville, CT 06382

* At the time that this communication was drafted, the undersigned did not have access to a photocopying machine. Therefore, this document is a photocopy of a substantially verbatim handwritten copy of the original.