ROBERT SALATTO                                  USDC @ Bpt.
   PLAINTIFF

Vs.                                             CASE 302 cv:230 (EBB)

Town of Branford, et al.
   DEFENDANTS                              April 02, 2005

FILED 2005 APR 12 P 4:30
U.S. DISTRICT COURT
BRIDGEPORT, CONN

Plaintiff's Motion to Amend Complaint

Your undersigned plaintiff, pursuant Fed. R. Civ. P. 15, hereby requests leave to Amend his Complaint. Both the discovery and dispositive motion deadlines have recently elapsed. To define and shape the issues for trial, and to clarify the legal and factual matters sought to be proven at trial, and to provide all parties with fair and adequate information, the plaintiff hereby requests leave to Amend his Complaint. A copy of the proposed complaint is attached herewith.

Respectfully submitted,

Robert Salatto
986 Norwich-New London Tpk
Uncasville, CT 06382

## CERTIFICATION

This is to certify that one copy of the foregoing motion was sent, first class postage prepaid, via USPS, on the date of 4/3/05 to the following counsel of record:

        Attorney John J. Radshaw
        Howd & Ludorf
        65 Wethersfield Avenue
        Hartford, Connecticut

BY: _____
Robert Salatto, Jr.