Robert Salatto
    Plaintiff

Vs.

Town of Branford, et. al.,
    Defendants

FILED
2005 APR 29 P 2:51 USDC @ BPT
U.S. DISTRICT COURT
BRIDGEPORT, CONN

Case # 3:02 CV 230

April 26, 2005

**Plaintiff's Motion for Judicial Sanctions**

Your plaintiff, Robert Salatto, hereby requests that this Honorable Court enter an order imposing discovery sanctions against either the defendants to this Action, respectively, or their Attorney John Radshaw. It is requested that this court impose monetary sanctions or any additional sanctions deemed just in light of the defendants', and their Attorney's, systematic and continuous failure to comply with rule-based discovery obligations and the case management plan to this Action. A memorandum of law is attached herewith in support of this motion.

Respectfully,

Robert F. Salatto
986 Norwich-New London Tnpk
Uncasville, CT 06382