**FILED**

Robert Salatto

Vs

Town of Branford, et al

2005 APR 12 P 4:30

U.S. DISTRICT COURT
BRIDGEPORT. CONN.

U.S.D.C. @ Bpt

CASE 3:02 CV 230

April 02, 2005

## Notice of Trial Readiness

Your undersigned plaintiff hereby provides Notice that the discovery process in this Action was duly completed on March 01, 2005. The time period enunciated for the propounding of bilateral dispositive Motions similarly elapsed on April 01, 2005. No corresponding motions were filed by either party to this Action. Accordingly, this case has approached trial readiness and a pretrial conference is hereby requested by the plaintiff.

Respectfully submitted

Robert F Salatto
The Plaintiff
986 Norwich-Newlondon Tnpk
Uncasville, Ct 06382

Certification.

This is to certify that on April 03, 2005
One copy of the Foregoing was mailed,
postage prepaid, to John Radshaw III, ESQ.,
165 Wethersfield Ave, Hartford Ct.

Robert F. Salotto