Robert Salatto
       Plaintiff
Vs
Town of Branford, et. al.,
       Defendants

**FILED**
2005 APR 12 P 4:30
U.S. DISTRICT COURT
BRIDGEPORT, CONN

USDC @ BPT

Case # 3:02-CV-230

## Plaintiff's Motion to Compel Discovery Production

Your undersigned plaintiff, Robert Salatto, pursuant to Fed. R. Civ. P. 26(a)(1)(D) and 37(a)(2)(A) hereby requests that this Honorable Court enter an order compelling disclosure as follows:

(i) that the defendants produce forthwith for inspection and copying any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in this action pursuant to Fed. R. Civ. P. 26(a)(1)(D);

Your undersigned plaintiff has requested and re-requested this material pursuant to Fed. R. Civ. P. 26(a)(1)(D). However, the defendants simply fail to cooperate with discovery in good-faith. Most recently, your plaintiff attempted to confer with

the defendants respecting this rule-mandated discovery obligation by way of letter dated January 25, 2005. Again, the defendants have taken absolutely no action.

WHEREFORE, this Honorable Court should grant the relief requested in this motion.

Respectfully,

*[signature]*

Robert Salatto
986 Norwich New London Tnpk
Uncasville, Ct 06382

The undersigned certifies that on April 03, 2005 he mailed one copy of the foregoing to Attorney John J. Ladshaw, 65 Wethersfield Avenue, Hartford Ct., via first class mail, postage prepaid.

*[signature]*
Robert Salatto