United States District Court
District of Connecticut

Robert Salatto,
 Plaintiff

Vs.

Town of Branford, et al.,
 Defendants

# 3:02 cv 230 (EBB)(JGM)

FILED
2005 JUL -6 P 12:24
U.S. DISTRICT COURT
BRIDGEPORT, CONN

July 1, 2005

Plaintiff's Motion to Compel Copy of Prior Written Statement

Your plaintiff, pursuant to F.R.C.P. 37(a)(2)(B), and 26(b)(3), hereby requests that this court enter an order compelling the defendants, O'Malley, Atkinson, and Grantland to produce forthwith a copy of his responses to the interrogatories propounded by the defendants on February 17, 2004.

Your plaintiff is entitled to a copy of any prior written statement made by him to the defendants. See F.R.C.P. 26(b)(3). See also F.R.C.P. 37(a)(2)(B). On February 17, 2004, the defendants served interrogatories upon the plaintiff, to which your plaintiff issued responses and objections. Plaintiff is presently without a copy of such responses and has addressed numerous letters to the defendants requesting a copy of same. Your plaintiff ultimately filed a

production request to the defendants requesting same, on 1/25/05, but such defendants failed to respond/object. Accordingly, your plaintiff hereby requests that this Honorable Court compel the defendants, O'Malley, Atkinson, and Grantland, to produce forthwith a copy of said interrogatories dated February 17, 2004.

Certification of Conference.

Your plaintiff hereby certifies that he has undertaken several attempts to resolve the subject of this motion with opposing counsel, via various letters, in a good faith effort to resolve this matter absent judicial intervention, but that all such efforts were unsuccessful.

Respectfully submitted

Robert Salatto (180287)
982 Norwich-New London Tnpk
Uncasville, CT 06382

CERTIFICATION

The undersigned certifies that one copy of the foregoing was mailed to John Bradshaw, ESQ., 85 Wethersfield Ave, Hartford, CT, by first-class mail, postage prepaid, on July 1, 2005.

Robert Salatto