State of Connecticut
County of New London : SWORN AFFIDAVIT OF ROBERT F. SALATTO

I, Robert Frank Salatto, Jr., the undersigned AFFIANT, after being duly sworn and placed under an oath, do depose and state:

1. That I am over 18 years of age and understand the meaning and obligation of an oath;

2. That I am plaintiff of the action entitled Salatto v. Town of Branford, et al., USDC # 3:02-CV-230 (EBB)(JGM);

3. That, as plaintiff in, and subject of, the above-referenced action, the facts stated in this affidavit are based upon personal knowledge;

4. That, on November 15, 2001, I was a misdemeanat suspect detained in the custody of the Branford Connecticut Police Department;

5. That, shortly thereafter, I had came to learn that a statement of fact had been authored upon an official and public document indicating that I am "H.I.V. Positive." The document is signed by Officer Atkinson, Badge 111;

6. That, the above-referenced statement is false;

7. That the document attached to this motion

Affidavit of Robert Salatto, page II of III

designated as Exhibit A is a true and genuine duplicate photocopy of page 7 of the prevailing amended complaint to this Action dated April 02, 2005;

8. That the document attached to this motion as Exhibit B is a true and genuine duplicate copy of the Branford Police Department Transfer Order dated November 15, 2001;

9. That the document attached to this motion as Exhibit C is a true and genuine duplicate copy of page 12 and page 13 of the prevailing amended complaint to this Action dated April 02, 2005;

10. That the document attached to this motion as Exhibit D is a true and genuine duplicate copy of a laboratory report from St. Mary's Hospital, 56 Franklin Street, Waterbury, Connecticut, dated February 18, 2004;

11. That the document attached to this motion as Exhibit E is a true and genuine duplicate copy of page 2 of the undersigned's Rule 36 Requests for Admissions directed to defendant David Atkinson dated January 25, 2005. These requests were propounded to defendant Atkinson through his Attorney, John Radshaw III, of Howd and Ludorf, 65 Wethersfield Avenue, Hartford, Connecticut, by U.S. Mail, First-class postage pre-paid on January 25, 2005;

Affidavit of Robert Salatto, Page III of III

12. That the document attached to this motion as <u>Exhibit F</u> is a true and genuine duplicate copy of the undersigned plaintiff's interrogatories, at page 6, directed to defendant David Atkinson, as returned to the undersigned by defendant Atkinson's attorney during discovery of this action;

13. That the document attached to this motion as <u>Exhibit G</u> is a true and genuine duplicate copy of the supporting affidavit returned to the undersigned with defendant Atkinson's interrogatories during discovery of this action;

14. That the document attached to this motion as <u>Exhibit H</u> is a true and genuine duplicate copy of page 3 of the undersigned's Rule 36 Requests for Admissions as described within paragraph 11 of this affidavit;

15. That the document attached to this motion as <u>Exhibit I</u> is a true and genuine duplicate copy of a response issued by the Branford Police Department in response to a request pursuant to the Freedom of Information Act;

16. That all statements contained in this affidavit are true and correct.

MICHAEL LEWIS
NOTARY PUBLIC
MY COMMISSION EXPIRES APR. 30, 2008

Subscribed hereto under oath and penalty of perjury on this, the 12th day of June

Michael Lewis
Notary Public

Robert Frank Salatto