Robert Salatto
    Plaintiff

Vs

Town of Branford, et al.,
    Defendants

FILED # 3:02 cv 230 (EBB)(JGM)

2005 JUL 22 P 3: 53

U.S. DISTRICT COURT
BRIDGEPORT, CT

July 20, 2005

## Plaintiff's Motion to Strike

Your undersigned plaintiff, Robert Salatto, hereby requests that the defendant Town of Branford's Affirmative defense of Qualified Immunity be stricken. As a municipality, the Town of Branford is not entitled to Qualified Immunity. Additionally, any failure to respond or object to this motion from the defendant Town of Branford shall be construed as a definitive concession to the relief requested in this motion by your plaintiff, and further objection from the defendant Town of Branford should be deemed waived. A copy of this motion has, of course, been certified to opposing counsel.

Wherefore, your undersigned plaintiff respectfully requests that this Honorable Court strike the defendant Town of Branford's Affirmative defense of Qualified Immunity.

(2)

Respectfully submitted,

*[signature]*

Robert Salatto
Your Plaintiff
982 Norwich-New London Tnpk.
Uncasville, Ct 06382

Certification

This is to certify that one copy of this motion has been sent by U.S. Mail, First-class postage prepaid, to Attorney John Radshaw III, 65 Wethersfield Avenue, Hartford, Ct 06114 on: July 20, 2005

*[signature]*

Robert Salatto
Your Plaintiff