Robert Salatto
   Plaintiff

Vs.

Town of Branford, et.al.,
   Defendants

FILED
2005 AUG -9 P 4: 21
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

No.: 3:02-CV-230 (EBB)(JGM)

USDC @ Bpt.

August 8, 2005

## Plaintiffs' First Motion to Compel Production

Your undersigned plaintiff, pursuant to F.R.C.P. 34(b), 37(a)(2)(B), hereby requests that this court compel defendant O'Malley to produce the items requested in the attached Request For production dated July 1, 2005, provided herewith as Exhibit A. Your plaintiff served said production request upon defendant O'Malley, and the defendant totally failed to respond. In total, the defendants have ignored some 25 consecutive motions and discovery requests since August of 2004. Your plaintiff forwarded a letter to defendant O'Malley's Attorney seeking to address the non-compliance and obtain production without court assistance. A copy of said letter is attached as Exhibit B. The defendant or his Attorney did not respond to said letter, and production was not executed.

Wherefore, your undersigned plaintiff hereby requests that this Honorable Court compel the documents sought in the request.

2

Respectfully submitted,

_____
Robert Salatto, Plaintiff
982 Norwich-New London Tnpk
Uncasville, Ct 06382

Certification

This is to certify that one copy of the foregoing was mailed, 1st class postage prepaid, to Atty. John Bradshaw, 65 Wethersfield Avenue, Htfd., CT 06114, by depositing it with the Correctional Officials on August 8, 2005.

_____
Robert Salatto, Plaintiff

United States District Court
District of Connecticut

Robert Salatto, Jr.                    # 3:02 CV 230 EBB/JGM
        Plaintiff
Vs.

Town of Branford, et al.,
        Defendants            July 1, 2005

PLAINTIFF'S REQUEST FOR Production FROM
Defendant Patrick O'Malley

Your plaintiff, Robert Salatto, pursuant to F.R.C.P. 34, hereby requests the following documents from Defendant Patrick O'Malley. Defendant O'Malley must produce the requested documents within thirty (30) days. The method of production shall be via U.S. Mail, or At Radgowski Correctional Institution at a date and time convenient to his Attorney within the duly prescribed thirty (30) day time limit. Your plaintiff's requests for productions are as Follows:

(1) All documents describing, referencing, or outlining in any manner the use of force applied to your plaintiff on November 15, 2001, excluding those documents covered by a legal privilege, whether authored by defendant O'Malley or any agent of the Branford Police Department;

2

(2) Any use of force report framed in relation to the use of force applied to your plaintiff on November 15, 2001, by any agent of the Branford Police Department;

(3) Any document in the possession of the Branford Police Department referencing in any manner any communicable disease had by the plaintiff, or any perceived communicable disease had by the plaintiff;

(4) Any document or incident report filed in response to an attempted escape, or escape, by your plaintiff from the custody of the Branford Police Department;

(5) Any document in the possession of the Branford Police Department referencing or describing an occasion whereby your plaintiff received medical care or treatment while in the custody of the Branford Police Department;

(6) Any document in the possession of the defendant referencing in any manner any communicable disease had by your plaintiff, or any perceived communicable disease had by your plaintiff;

(7) Any document in the possession of the defendant referencing or describing an instance whereby your plaintiff received medical care or treatment while in the custody of

3

the Branford Police Department;

NOTE: If a claim of priviledge is asserted as a ground for not fully complying with any portion of this request, please state the factual and/or legal basis for that claim of privilege, the title of any document(s) alleged to be priviledged, the date such documents were written, the author of such documents, the type of such documents, the general subject matter of the documents, and the location of the documents.

Respectfully submitted

/s/
Robert Salatto
982 Norwich - New London Tpk.
Uncasville, Ct 06382

CERTIFICATION

This is to certify that one (1) copy hereof was mailed to Attorney John Radshaw, 605 Wethersfield Avenue, Hartford, Ct, 06114, by first-class mail, postage prepaid, on

/s/
Robert Salatto

Attorney John Bradshaw III
Howd and Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

RE: <u>Good-faith Attempt to resolve discovery non-compliance</u>

Dear Attorney Bradshaw:

As you know, I recently served discovery requests upon defendants O'Malley, Atkinson, and Gomoltand. The responses were due several days ago. I received no response, compliance, or objection in any way, shape, or form. The defendants have also failed to respond to atleast 20 other letters and discovery requests. Please comply immediately with all overdue discovery requests, including the recent requests under Rules 33 and 34 and 36 of the Federal Rules of Civil Procedure. If I do not receive an immediate response to this letter, I will seek discovery sanctions and compelled compliance. I do not wish to do such, please just comply.

<u>CONSIDER THIS MY GOOD-FAITH RESOLUTION ATTEMPT.</u>

Respectfully,

[signature]