Robert Salatto
    Plaintiff

Vs.

Town of Branford, et al.,
    Defendants

FILED
2005 AUG -9 P 4: 21

U.S. DISTRICT COURT
BRIDGEPORT, CONN

No. 3:02 CV 230 (EBB)(JGM)

August 8, 2005

## Plaintiff's Second Motion Requesting Discovery Sanctions

Your undersigned plaintiff, pursuant to Fed.R.Civ.P. 37(b)(2)(b), hereby requests that this Honorable Court sanction the defendants Town of Branford, O'Malley, Atkinson, and Grantland, by issuing an order precluding them from asserting their affirmative defense of Qualified Immunity. In support of this motion, your plaintiff respectfully represents as follows:

1. An amended complaint was filed in this action on April 2, 2005. In the Ruling and order dated June 3, 2005, this court directed the defendants to file an Answer by July 3, 2005. SEE Exhibit A;

2. The defendants violated that order and took no action. No Answer was at any time filed to said complaint;

3. This is not the first occasion that the defendants have failed to meet their procedural obligations. In recent months, the defendants have ignored 25 motions and discovery requests. See e.g., Plaintiff's first motion

for Sanctions. In consideration of the defendants systematic and continuous refusal to cooperate in discovery and meet procedurally required obligations, and because they have violated a clear-cut court order to answer the complaint, an order precluding them to assert their affirmative defense of Qualified Immunity is fair, just, and equitable;

4. Your undersigned plaintiff has attempted to confer with counsel for the defendants, John Radshaw, in an attempt to resolve this matter without judicial intervention, but your plaintiff received no response and no answer was at any time filed;

5. In addition, should the defendants fail to respond or object to this motion, this Honorable Court should imply consent to this motion, and any objection should be deemed waived. A copy of this motion was, of course, forwarded to the defendants' Attorney as hereinunder certified.

WHEREFORE, your undersigned plaintiff respectfully requests that this Honorable Court enter an order precluding the defendants from asserting their affirmative defense of Qualified Immunity.

Respectfully submitted,

_____
Robert Salatto, Your Plaintiff
982 Norwich-New London Tnpk.
Uncasville, CT 06382

CERTIFICATION

This is to certify that one copy hereof was mailed to Attorney John Radshaw, 65 Wethersfield Avenue, Hartford, CT 06114, via first-class U.S. Mail, postage pre-paid, on: August 8, 2005

_____
Robert Salatto

various discovery requests to which he claims the defendants have failed to respond. The court has denied plaintiff's motions to compel. Thus, the motion for sanctions is denied as moot.

## Conclusion

The Ex Parte Motion for Copy of Case File [**doc. # 62**], Motion for More Definite Statement [**doc. # 63**], Motion for Order Compelling Disclosure of Items or Work Product [**doc. # 65**], Motion to Compel Discovery Responses [**doc. # 74**] and Motion to Compel Discovery Production [**doc. # 76**] are **DENIED**. The Motions to Compel Discovery Responses [**docs. ## 61, 66**], Motion for Compelled Compliance [**doc. # 68**], Motion to Compel Discovery Production [**doc. # 75**] are **DENIED** without prejudice. The Motions for Sanctions [**docs. ## 69, 72**] are **DENIED** as moot. The Motion for Appointment of Counsel [**doc. # 78**] and Motion in Limine [**doc. # 77**] are **DENIED** without prejudice as premature. The Motion to File an Amended Complaint [**doc. # 71**] is **GRANTED** absent objection. The Clerk is directed to docket the second amended complaint

SEE → :d to the motion to amend.

The defendants shall file an answer to the amended complaint within thirty days of the date of this ruling. Discovery shall be completed within sixty days of the date of this ruling. Any motions for summary judgment shall be filed within thirty days of the date of this ruling. The Clerk is directed to send counsel for the defendants a copy of the second amended complaint with a copy of this ruling.

SO ORDERED this 3rd day of June, 2005, at New Haven, Connecticut.

/s/ Joan G. Margolis
Joan G. Margolis
United States Magistrate Judge