Robert Salatto
Vs
Town of Branford, et al.,

FILED N° 3:02 CV 230 (EBB)(JGM)

2005 AUG -9 P 4:21
U.S. DISTRICT COURT
BRIDGEPORT, CONN

August 8, 2005

## Plaintiff's Motion to Withdraw And Vacate Prior Motion For Leave to Serve More than 25 Interrogatories

Your plaintiff hereby requests that his prior motion, dated July 01, 2005, requesting leave to serve more than 25 interrogatories upon defendant Patrick O'Malley be withdrawn.

Your plaintiff does not wish to further extend the discovery period in this action and further prolong the trial date. The events giving rise to this action occurred 4 years ago; extended delay for discovery would do more harm than good. In addition, the defendants have totally failed to respond to some 25 consecutive motions and discovery requests; it is unlikely that they would suddenly comply with this request. To further pursue discovery from them in any manner would likely mean yet even additional motion practice to compel, etc. Your plaintiff has instead filed a motion for default herewith. Wherefore, your plaintiff hereby requests that his prior motion for leave to serve more than 25 interrogatories be withdrawn and a pretrial conference scheduled, or a hearing on damages upon his motion for default judgment if said motion is granted.

Respectfully Submitted,

*[signature]*
Robert Salatto
Plaintiff
982 Norwich-New London Tnpk
Uncasville, CT 06382

## Certification

This is to certify that one copy hereof was mailed postage prepaid by U.S. Mail to Atty John Radshaw, 165 Wethersfield Avenue, Htfd, CT 06114: on August 8, 2005.

*[signature]*
Robert Salatto