Robert Salatto
    Plaintiff

Vs.

Town of Branford, et. al.,
    Defendants

N° 3:02-CV-230 (EBB)(JGM)

U.S.D.C. @ Bpt.

August 8, 2005

## Plaintiffs' Motion for Judicial Notice of Rule 36 Admissions

Your undersigned plaintiff, Robert Salatto, hereby requests that this Honorable Court take judicial notice that all matters set forth in his Rule 36 Requests for Admissions to defendant Atkinson, O'Malley, and Gruntland are hereby deemed admitted.

On January 25, 2005, and July 7, 2005, Rule 36 Requests were propounded to defendant Atkinson through his Attorney. No responses or objections were at any time filed. On July 1, 2005, Rule 36 Requests were propounded to defendant O'Malley through his Attorney. No responses or objections were at any time filed. On July 7, 2005, Rule 36 Requests were propounded to defendant Gruntland through his Attorney. No responses or objections were at any time filed. Accordingly, the truth of all such matters set forth in the Requests is deemed admitted by law. SEE F.R.C.P. 36(a); SEE ALSO Huey v. U.P.S., 165 F.3d 1084, 1085 (7th Cir. 1999); Husley v. Texas, 929 F.2d 168, 171 (5th Cir. 1991). The requesting party need not

2

ask the court to deem the matters admitted; they are deemed automatically. <u>F.R.C.P. 36(a)</u>. Thus, judicial notice is appropriate.

WHEREFORE, your plaintiff hereby requests judicial notice that the matters set forth in his Rule 36 Admissions to Atkinson, O'Malley, and Gruntland dated January 25, 2005; July 7, 2005; July 1, 2005; and July 7, 2005, respectively, are hereby deemed admitted.

Respectfully submitted,

/s/ Robert Salatto

Robert Salatto, Plaintiff
982 Norwich-New London Tnpk
Uncasville, CT 06382

Certification

This is to certify that one copy hereof was mailed, 1st class postage prepaid by U.S. Mail to Atty John Radshaw, 65 Wethersfield Avenue, Hartford, CT 06114, by depositing it with Correctional Officials on August 8, 2005.

/s/ Robert Salatto