UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ROBERT SALATTO, JR.

                                      PRISONER
                                CASE NO. 3:02cv230 (EBB) (JGM)

v.

TOWN OF BRANFORD, ET AL.

## RULING AND ORDER

Pending before the court is the plaintiff's motion for partial summary judgment as to claims against defendant Atkinson. On January 3, 2006, the court granted plaintiff's motion for default for failure to plead and directed plaintiff to file a motion for default judgment within thirty days. In view of this ruling, the court will **DENY** plaintiff's Motion for Summary Judgment [**doc. # 85**] without prejudice. The plaintiff may renew the motion if the case is not disposed of on a motion for default judgment.

SO ORDERED this 5th day of January, 2006, at New Haven, Connecticut.

                                              /s/ Ellen B. Burns
                                            ELLEN BREE BURNS, SENIOR JUDGE
                                             UNITED STATES DISTRICT COURT