Robert Salatto
   Plaintiff

Vs.

Town of Branford, et al.,
   Defendants

FILED
302 CV 230 EBB
2006 JAN 23 A 11:04
U.S. DISTRICT COURT

January 15, 2006

## Plaintiff's Motion for Articulation of Decision

Your plaintiff hereby requests articulation of its decision of Plaintiff's Appeal of Magistrate's Orders, filed with this court on June 11, 2005. Your plaintiff filed said Appeal requesting review of numerous Motions to Compel which were denied by the magistrate on June 03, 2005. At the time your plaintiff filed said Appeal, he additionally filed some 10 additional motions. All of such motions have since been Adjudicated, but the aforementioned Appeal is still pending. Said Appeal has requested that Hon. Ellen Bree Burns compel numerous discovery products that the plaintiff requested from the defendants. In order to further prepare for trial and evaluate trial strategy, your plaintiff would respectfully request that this Honorable Court issue a ruling to said motion. The defendants have filed no Response or objection to said Appeal of Magistrate's Orders, and said Appeal has remained pending for 7 months.

Wherefore, your undersigned plaintiff respectfully

requests a conclusion of its decision to your plaintiff's Appeal to Magistrate's Orders, filed on June 11, 2005.

Respectfully yours,

Robert Salatto
982 Norwich-New London Tnpk.
Uncasville, CT 06382

Certification

This is to certify that one copy of the foregoing was mailed, postage prepaid, to Attorney John Radshaw III, 65 Wethersfield Avenue, Htfd, on

January 15, 2006

Robert Salatto

June 12, 2005

Dear Clerk,

Enclosed, please find my Appeal of the Orders entered by Magistrate Margolis on June 03, 2005.

I am appealing the Magistrate's orders. Thus, this motion must be reviewed by Judge Burns. Please forward the enclosed to Judge Burns. A copy was certified to defendants' counsel.

Thank you,

Robert Salatto
#180287
Radgowski C.C.
982 Norwich New London Tnpk
Uncasville, CT 06382

Appeal of Magistrate Margolis' orders dated June 3, 2005