Robert Salatto
    Plaintiff

Vs.

Town of Branford, et al.,
    Defendants

3:02 CV 230 EBB/JGM

2006 JAN 23 A 11:03

U.S. DISTRICT COURT

January 15, 2006

## Plaintiff's Second Motion to Compel Discovery Products

Your undersigned plaintiff, Robert Salatto, pursuant to F.R.C.P. 34(b), 37(a)(2)(B), hereby requests that this court compel defendants O'Malley, Atkinson, and Guastiano to produce the following discovery products. Your plaintiff requested such items by way of a request for production under FRCP 34, in 2004, but the defendants did not comply. Your plaintiff then undertook good-faith measures to resolve the discovery dispute by way of a written letter seeking to address the non-compliance, but said defendants took no action. In fact, this Honorable Court ultimately entered a default against several defendants on January 3, 2006, in consequence of their failure to address this action since 2004. The specific items initially sought from the defendants were:

1. Prior written statement of Karen Ann Holmes;

2. Prior written statement of Robert Salatto, Sr.;

Wherefore, this Honorable Court should compel production of such items.

Respectfully submitted,

_____
Robert Salatto
982 Norwich - New London Tnpk.
Uncasville CT 06382

This is to certify that one copy hereof was mailed postage prepaid to Attorney John Radshaw, 69 Wethersfield Avenue, Hartford, CT, on

January 15, 2006    _____
                    Robert Salatto