Robert Salatto
  Plaintiff
Vs
Town of Branford
  Defendants

FILED
3:02 CV 230 EBB
2006 JAN 23 A 11:03
U.S. DISTRICT COURT

January 15, 2006

<u>Plaintiff's Request For A Hearing in Damages</u>

This court entered a default against defendants Town of Branford, Atkinson, and O'Malley on January 3, 2006. Your plaintiff has filed a Motion for Judgement by default against said defendants contemporaneously herewith. Because the claim for relief in this action does not meet the FRCP 55 Sum Certain Test, a hearing in damages is hereby requested.

Respectfully Submitted,

Robert Salatto
982 Norwich-New London Tpk
Uncasville Ct 06382

This is to certify that one copy hereof was mailed, postage prepaid, to Atty. John Radshaw III, 65 Wethersfield Avenue, Hartford, Ct, on

January 15, 2006