Robert Salatto,
        Plaintiff

Vs.

Town of Branford, et al.,
        Defendants

3:02CV230 EBB/JGM

FILED
2006 JAN 24 P 12:25
U.S. DISTRICT COURT
BRIDGEPORT, CT

January 15, 2006

### Plaintiff's Request For Pre-trial Conference And A Trial Date

A pretrial conference and a trial date are respectfully requested in this action by the plaintiff.

Respectfully submitted,

_____
Robert Salatto
982 Norwich-New London Tpk
Uncasville Ct 06382

This is to certify that one copy hereof was mailed, postage prepaid, to Atty. John Radshaw, 65 Wethersfield Avenue, Hartford, Ct, on:

January 15, 2006

_____
Robert Salatto