Robert Salatto
  Plaintiff

Vs

Town of Branford, et al.,
  Defendants

FILED
3:02CV230 EBB/TGM
2006 JAN 24  P 12: 25

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

January 15, 2006

## Plaintiff's Motion to Compel Discovery Products

Your undersigned plaintiff, Robert Salatto, pursuant to F.R.C.P. 34(b), 37(a)(2)(B) hereby requests that this court compel defendants O'Malley and Atkinson to produce the following discovery products. Your plaintiff requested these items in 2004 from said defendants by way of request under FRCP 34, but the defendants totally failed to respond. Ultimately, your plaintiff undertook good-faith measures to resolve the discovery dispute by way of separate letters addressing said non-compliance, but said defendants took no action. In fact, this Honorable Court ultimately entered a default against these defendants on January 3, 2006, in consequence of their failure to address this action since 2004. The specific items initially sought from the defendants were:

   1) The Branford Police Dept. Patrol Commander's log sheet for the dates of November 2, and 15, 2001;

   2) Copies of the plaintiff's detention cards from November 2, and 15, 2001;

3. The patrol commander's "daily report", as that term is used in the General Orders of the Branford Police Department, for the dates of November 2, and 15, 2001;

4. The Departmental Suicide Prevention form, together with any and all supplemental notes and reports, pertaining to your plaintiff, from the dates of November 2, and 15, 2001;

5. Any and all use of force reports and use of force incident reports pertaining to the plaintiff or the plaintiff's arrest and detention on the dates of November 2, and 15, 2001;

wherefore, this court should compel production of such items.

Respectfully yours

Robert Salatto

982 Norwich-New London Tnpk
Uncasville, Ct 06382

This is to certify that one copy hereof was mailed to Attorney John Radshaw, 65 Wethersfield Avenue, Hartford, Ct, on

January 15, 2006

Robert Salatto