UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ROBERT SALATTO, JR.

              PRISONER
            CASE NO. 3:02cv230 (EBB) (JGM)

v.

TOWN OF BRANFORD, ET AL.

## RULING AND ORDER

Pending before the court are three motions to compel, a motion for pretrial conference, a motion to strike and three motions for sanctions filed by the plaintiff. For the reasons set forth below, the motions are denied.

I.  Motions to Compel and for Sanctions [docs. ## 100, 102, 103, 104, 106, 107]

The plaintiff seeks to compel the defendants to respond to various discovery requests and also seeks various sanctions against the defendants for their failure to answer the second amended complaint and comply with discovery requests. The court has granted plaintiff's motion for default for failure to plead as to defendants Town of Branford, O'Malley and Atkinson and the plaintiff has moved for default judgment. The plaintiff's motions for sanctions and to compel are denied without prejudice. The plaintiff may renew his motions if the court does not dispose of the case on the motion for default judgment.[1]

II.  Motion to Strike Affirmative Defenses [docs. ## 98]

The plaintiff seeks to strike the qualified immunity defense set forth in defendant Town

---

[1]The court notes that defendant Grantland has not been served with the amended complaint and is not represented by counsel. It is not clear from plaintiff's motions to compel and for sanctions if plaintiff ever served his discovery requests on defendant Grantland himself rather than on counsel for the other three defendants. Any renewed motions to compel as to defendant Grantland must include evidence that plaintiff served the discovery requests on defendant Grantland.

of Branford's answer to the complaint.  The plaintiff has since filed two amended complaints.  Thus, the complaint has been superceded by the amended complaints.  Accordingly, any motion to strike the answer to the complaint or the affirmative defenses in the answer to the complaint is moot.  The motion to strike is denied.

VI.     Motion for Pretrial Conference [doc. # 105]

The plaintiff seeks a pretrial conference and a trial date.  The motion is premature in view of the fact that defendant Grantland has yet to be served with a copy of the amended complaint.  The motion is denied.

## Conclusion

The Motions to Compel [**docs. ## 100, 103, 107**] and Motions for Sanctions [**docs. ## 102, 104, 106**] are **DENIED** without prejudice to renewal **after** the court rules on plaintiff's motion for default judgment and conducts any necessary hearing in damages.  The Motion to Strike Affirmative Defense [**doc. # 98**] and Motion for Pretrial Conference [**doc. # 105**] are **DENIED**.

SO ORDERED this 30th day of January, 2006, at New Haven, Connecticut.

/s/ Joan G. Margolis

Joan G. Margolis
United States Magistrate Judge