Robert Salatto
Plaintiff

Vs.

Town of Branford, et al.,
Defendants

302 CV 230 EBB/JGM

2006 FEB -1 P 4:24

January 30, 2006

### Plaintiff's Renewed Motion for Appointment of Counsel

Your undersigned plaintiff, Robert Salatto, hereby requests that counsel be appointed to represent him. Your plaintiff has undertaken a total of 20 attempts to secure counsel on his own, to no avail. Some recent responses from various attorneys are attached herewith as Exhibit A. In addition, your plaintiff is not entitled to the assistance of I.L.A.P. because his claim does not directly relate to "conditions of confinement." SEE Exhibit B. Wherefore, your plaintiff hereby requests that an attorney be appointed to represent him in this matter.

Respectfully yours,

Robert F. Salatto
982 Norwich-New London Tnpk
Uncasville, CT 06382

# SHEPRO & BLAKE, LLC

ATTORNEYS AT LAW
2051 MAIN STREET
STRATFORD, CT 06615-6341
TELEPHONE (203) 377-0770
FACSIMILE (203) 377-6789

DANIEL SHEPRO +
KEVIN M. BLAKE*°
NATHALIE FEOLA-GUERRIERI

ROGER LEE CROSSLAND
MAX L. ROSENBERG^
ROBERT J. SCIGLIMPAGLIA, JR.^ °
REBEKAH L. SPRANO^
D. GREGORY TIRONE^

*ALSO ADMITTED IN THE DISTRICT OF COLUMBIA
+ALSO ADMITTED IN MASS.
^ALSO ADMITTED IN N.Y.
°BOARD CERTIFIED WORKERS' COMPENSATION SPECIALIST

PARALEGALS:
STACI JOHNSON DUBAC
LINDA MOLINA
THERESE PEAL
STEPHANIE ROBERTSON

ACCOUNTING ADMINISTRATOR:
LISA SACCONE

ANSONIA OFFICE:
200 MAIN STREET
SECOND FLOOR
ANSONIA, CT 06401

REPLY TO STRATFORD

January 16, 2006

Robert Salatto
Inmate # 180287
Corrigan-Radgowski CC
982 Norwich-New London Turnpike
Uncasville, CT 06382

**RE:   Salatto v. Town of Branford**

Dear Mr. Salatto:

Thank you for your recent correspondence. Clearly you've done an amazing amount of work.

It is however a very difficult task to play "catch up" attorney, especially with a Federal case someone else has shaped.

My current workload does not permit me to take on this assignment.

Good luck.

Very truly yours,

Roger Lee Crossland

## KNIGHT, CONWAY & CERRITELLI, L.L.C.
ATTORNEYS AT LAW
7 ELM STREET, SUITE 2L
NEW HAVEN, CONNECTICUT 06510

TARA L. KNIGHT
GLENN M. CONWAY
E. GREGORY CERRITELLI*

*ALSO ADMITTED IN NEW YORK

TELEPHONE: (203) 624-6115
FAX: (203) 624-4791
INTERNET: www.kcc-law.com
EMAIL: info@kcc-law.com

LEGAL ASSISTANT
ROBYN JENKINS

**PRIVILEGED ATTORNEY-CLIENT CORRESPONDENCE**

July 22, 2005

Robert Salatto #180287
Radgowski CI
982 Norwich-New London Tpke
Uncasville, CT 06382

Dear Mr. Salatto:

I am writing to thank you for your interest in my representation of you in your civil rights action. Unfortunately, my criminal practice has grown so much over the last several years I no longer have the time or resources to engage in civil rights litigation. May I suggest John Williams in New Haven or Norm Pattis in Bethany? Both attorneys handle a large volume of civil rights litigation and may be better equipped to address your case. I wish you the best of luck!!

Very truly yours,

Glenn M. Conway

# Law Offices of Diane Polan, LLC

129 Church Street, Suite 802, New Haven, Connecticut 06510
Telephone: 203.865.5000   Facsimile: 203.865.2177

Diane Polan
Paul A. Garlinghouse*
*Admitted in CT and NY

email: polanlaw@yahoo.com
garlinghouselaw@yahoo.com

Deborah S. Vincent
Legal Assistant

debpolanlaw@yahoo.com

December 27, 2004

Mr. Robert Salatto, Sr,
15 Svea Avenue
Branford, CT 06405

Dear Mr. Salatto,

　　I am enclosing the documents you brought in to my office in connection with your son, Robert Salatto, Jr.

　　I hope things go well for Robert.

Sincerely,

DIANE POLAN

DP:dsv
enclosures
cc:　Mr. Robert Salatto, Jr. (without enclosures)

# LYNCH, TRAUB, KEEFE AND ERRANTE
A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELLORS AT LAW

\*\* HUGH F. KEEFE
† STEVEN J. ERRANTE
°° JOHN J. KEEFE, JR.
\* DONN A. SWIFT
CHARLES E. TIERNAN III
ROBERT W. LYNCH
RICHARD W. LYNCH
† TIMOTHY P. POTHIN
ERIC P. SMITH
NICOLE M. FOURNIER
LOUIS M. RUBANO
† MARISA A. BELLAIR
£ NANCY A. FITZPATRICK
\* STEPHEN I. TRAUB, OF COUNSEL
° WILLIAM C. LYNCH, RETIRED

52 TRUMBULL STREET
P.O. BOX 1612
NEW HAVEN, CONNECTICUT 06506-1612

PHONE: (203) 787-0275
FAX: (203) 782-0278
E-MAIL: LAWYERS@LTKE.COM
INTERNET: HTTP://WWW.LTKE.COM

\* BOARD CERTIFIED CIVIL TRIAL LAWYER
°° BOARD CERTIFIED CRIMINAL TRIAL LAWYER
\*\* BOARD CERTIFIED CIVIL AND
CRIMINAL TRIAL LAWYER
† ALSO ADMITTED IN NEW YORK
° ALSO ADMITTED IN DISTRICT OF COLUMBIA
£ ALSO ADMITTED IN FLORIDA

November 17, 2004

Mr. Robert Salatto
No. 180287
Walker Correctional Center
1153 East Street South
Suffield, CT 06080

Dear Mr. Salatto:

Thank you for your letter of 11/11/04. Unfortunately, due to my present trial schedule, I will be unable to assist you.

Very truly yours,

Hugh F. Keefe

HFK:ib

**Michael P. Farrell**
Attorney at Law
201 Center Street
West Haven, CT 06516
203-934-8638
Fax: 203-937-1761

June 6, 2005

Robert Salatto #180287
Radgowski CC
982 Norwich-New London Tpke.
Uncasville, CT 06382

Dear Robert:

  Pretrial memorandums vary from judge to judge. Also, I am not surprised that you cannot get a settlement conference scheduled because that is up to the judge as well and there is no way to force the issue. I tried a lengthy case a few years ago in front of Judge Burns and probably have whatever forms she uses. Perhaps if your father could front the cost of a couple of hours of work I could get those documents.

              Very truly yours,

              Michael P. Farrell, Esq.

MPF/elb

**LAW OFFICES**
**OF**
**SYDNEY T. SCHULMAN**

**INMATES' LEGAL ASSISTANCE PROGRAM**

Administrative Director
Sydney T. Schulman, Esq.

Managing Attorney
Jane Starkowski

Staff Attorneys
Richard P. Cahill
Peter Downs
Jessica J. York
Michael A. Rubino, Jr.
Kenneth J. Speyer
Jenna M. Caulfield

April 30, 2005

Robert Salatto
#180287
Radgowski C.I.
982 Norwich/New London Tpke.
Uncasville, CT 06382

Dear Mr. Salatto:

    I am writing in response to your letter to Inmates' Legal Assistance Program (ILAP), received on April 13, 2005, regarding your legal action alleging that a Branford Police Officer committed slander by stating that you had the AIDS virus.

    I have consulted with ILAP's Administrative Director, Sydney T. Schulman, who instructed me to advise you that even though we provided you with legal assistance pursuant to ILAP's prior contract, I cannot provide you with any further legal assistance due to the fact that ILAP's new contract only permits us to assist inmates with issues concerning conditions of confinement.

    Since your issue is not related to your conditions of confinement, I cannot provide you with any further legal assistance.

                                Very truly yours,

                                Michael A. Rubino, Jr.

MAR/ms

LAW OFFICES
OF
SYDNEY T. SCHULMAN

INMATES' LEGAL ASSISTANCE PROGRAM

Administrative Director
Sydney T. Schulman, Esq.

Managing Attorney
Jane Starkowski

Staff Attorneys
Richard P. Cahill
Peter Downs
Jessica J. York
Michael A. Rubino, Jr.
Kenneth J. Speyer
Jenna M. Caulfield

August 19, 2004

Mr. Robert Salatto
Inmate #180287
New Haven Correctional Center
245 Whalley Avenue
P.O. Box 8000
New Haven, Connecticut 06530-8000

Dear Mr. Salatto:

This letter is to acknowledge that your correspondence dated June 6, 2004, was received by Inmates' Legal Assistance Program ("ILAP") on August 13, 2004. In your correspondence you request assistance with two matters.

Before I address this matter, please let me explain what ILAP can and cannot do. Pursuant to the recently revised contract between ILAP and the State of Connecticut, this office is limited to providing advice as to process and procedure, as well as on the preparation of documents, cases involving conditions of confinement only.

As stated in Jenkins v. Haubert, 179 F.3d19, 28 (2$^d$ Cir. 1999)(internal citations omitted):
> "Conditions of confinement" is not a term of art; it has a plain meaning. It quite simply encompasses all conditions under which a prisoner is confined for his term of imprisonment. These include terms of disciplinary or administrative segregation such as keeplock or solitary confinement, as well as more general conditions affecting a prisoner's quality of life such as: the revocation of telephone or mail privileges or the right to purchase items otherwise available to prisoners; and the deprivation of exercise, medical care, adequate food and shelter, and other conditions that, if improperly imposed, could violate the Constitution.

Please note that the terms of our contract also preclude ILAP from providing case law and other materials to inmates where an ILAP attorney has not determined that a *prima facie* case exists. As before, ILAP can only provide advice and assistance when a *prima facie* case can be made against the defendant or defendants. Black's Law Dictionary defines a *prima facie* case as follows:

> A *prima facie* case consists of sufficient evidence in the type of case to get plaintiff past a motion for a directed verdict in a jury case or a motion to dismiss in

## CERTIFICATION

This is to certify that one copy of the foregoing motion was sent, first class postage prepaid, via USPS, on the date of JAN 30, 2006 to the following counsel of record:

> Attorney John J. Radshaw
> Howd & Ludorf
> 65 Wethersfield Avenue
> Hartford, Connecticut

BY: _____
Robert Salatto, Jr.