Robert Salatto
    Plaintiff

Vs.

Town of Branford, et al.,
    Defendants

CASE # 3:02 CV 230 EBB

2006 FEB -1 P 4:24

January 30, 2006

## Plaintiff's Second Motion For Articulation

Your undersigned plaintiff, Robert Salatto, hereby requests that this Honorable Court acknowledge and articulate its decision of your plaintiff's previous requests, by motion, that several sets of Rule 36 Admissions served upon various defendants to this action are deemed admitted by law for absolute nonresponsiveness. In support of this motion, your plaintiff respectfully represents as follows:

   1. On April 03, 2005, your plaintiff filed with this court a motion memorializing a set of requests for admission propounded upon a defendant to this action pursuant to F.R.C.P. 36. These requests for admission were served upon defendant David Atkinson on January 29, 2005 and he totally failed to respond. A copy of said motion requesting notice of his nonresponsiveness is attached herewith as Exhibit A. A copy of this motion was certified to Atkinson's attorney on April 03, 2005. Id. At no time did Atkinson object to, or oppose, said motion. However, the clerk refused to accept said motion and instead returned it to your

plaintiff. A copy of the Clerk's return is attached as Exhibit B. THEREFORE, consideration/articulation of this matter was NEVER EXECUTED;

2. Similarly, on August 10, 2005, your plaintiff filed a motion requesting Judicial Notice of several additional requests under F.R.C.P. 36 that were not denied or responded to by the recipient defendants. These defendants totally ignored said requests as well as your plaintiff's motion requesting Judicial Notice that such matters are deemed as a matter of law. SEE Exhibit C. However, this Honorable Court has yet to articulate it's decision and/or acknowledgement that such matters are deemed admitted as a matter of law;

3. Exhibits A and C are incorporated herein by reference as though fully set forth;

It is hereby requested that this Honorable Court ARTICULATE into the record that such matters are deemed admitted as a matter of law.

Respectfully submitted,

_(signature)_
Robert Salatto
982 Norwich-New London Tpk
Uncasville, CT 06382

CERTIFICATION

This is to certify that one copy of the foregoing motion was sent, first class postage prepaid, via USPS, on the date of 01/30/06 to the following counsel of record:

Attorney John J. Radshaw
Howd & Ludorf
65 Wethersfield Avenue
Hartford, Connecticut

BY: _____
Robert Salatto, Jr.

Exhibit A
Page 1 of 3

Robert Salatto
    Plaintiff
vs
Town of Branford, et. al.,
    Defendants

USDC @ Bpt

Case # 3:02 CV 230

## Plaintiff's Notice of Defendants Noncompliance with Requests for Admission Dated January 25, 2005

Your undersigned plaintiff, Robert Salatto, hereby gives notice of the defendants noncompliance with his Requests for Admission submitted to the defendants on January 25, 2005. Answers and objections to requests for Admission must generally be served on the requesting party within thirty (30) days after the questions were served. See F. Rule. Civ. P. 36(a); Gutting v. Falstaff Brewing Corp., 710 F.2d 1309, 1312 (8th Cir. 1983). The parties may, however, agree to enlarge the time for answering and objecting. In this case, no such agreement was sought, and the defendants merely ignored the plaintiff's requests without objecting or responding, as they have done nearly every other time in recent months, to each and every additional discovery request.

If a party does not timely serve objections or answers to the requests, the matters in the requests are admitted as a matter of law. See Fed. R. Civ. P. 36(a); Huey v. United Parcel Service, Inc., 165 F.3d 1084, 1085 (7th Cir. 1999); Hulsey v. Texas, 929 F.2d 168, 171 (5th Cir. 1991). It is no excuse that the same matters were covered in other discovery. US v. Kasuboski, 834 F.2d 1345, 1349-50 (7th Cir. 1987)(deposition); Mangan v. Broderick, 351 F.2d 24, 28 (7th Cir 1965) (Interrogatories). The requesting party need not ask the court to deem the answers admitted; they are deemed automatically. See Fed. R. Civ. P. 36(a).

The plaintiff hereby gives notice of the defendants' noncompliance and unresponsiveness to his requests for Admissions, totalling fifty-seven (57) in number, dated January 25, 2005.

Respectfully,

Robert F. Salatto, Plaintiff
986 Norwich-New London Tpk
Uncasville, CT 06382

Certification

The undersigned hereby certifies that on April 03, 2005, one copy of the foregoing was mailed to Attorney for the defendants, John J. Radshaw III, 65 Wethersfield Avenue, Hartford CT., first-class postage pre-paid.

Robert F. Salatto

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| 141 Church Street | 450 Main Street | 915 Lafayette Blvd. |
| New Haven, CT 06510 | Hartford, CT 06103 | Bridgeport, CT 06604 |
| (203) 773-2140 | (860) 240-3200 | (203) 579-5861 |

(Web address: www.ctd.uscourts.gov)

ROBERT SALATTO

V

TOWN OF BRANFORD, et al

PRISONER
CIVIL NO. 3:02cv230(EBB)(JGM)

## NOTICE TO COUNSEL

We are returning your Motion to Admit Pro Hac Vice for failure to \_\_\_\_ pay $25.00 fee for each attorney seeking admission. LR 83.1(d)2 \_\_\_ submit $25.00 fee required per attorney per motion.

We are returning your pleadings/documents for failure to file at the seat of court where the docket is maintained. Please file in \_\_\_ Bridgeport \_\_\_ Hartford \_\_\_ New Haven.

\_\_\_\_\_ Please enter your appearance. LR 5(a)

\_\_\_\_\_ We are returning the depositions submitted to this office. Counsel are to retain custody of depositions and exhibits unless the parties are unable to agree as to who shall retain custody of the transcript. In the event of a disagreement, counsel will need permission of the court to file depositions. LR 30(b)

\_\_\_\_\_ Your offer of judgment pursuant to Rule 68 FRCvP is being returned to you as there is no indication that it has been accepted. Rule 68 provides "(I)f within 10 days after the service of the offer the adverse party serves written notice that the offer is accepted, either party may then file the offer and notice of acceptance together with proof of service thereof and thereupon the clerk shall enter judgment." If and when your offer is accepted, it may be filed as described in the rule.

\_✔\_\_ Discovery material, including computations of damages and expert reports need not be filed with the court. L.R.5(e) **Your Motions to Compel have been accepted for filing.**

Date: April 12, 2005
mel

Clerk, U.S. District Court

(Rev. 4/20/04)

Exhibit C

Robert Salatto,
    Plaintiff

Vs.

Town of Branford, et. al.,
    Defendants

N: 3:02-CV-230 (EBB)(JGM)

U.S.D.C. @ Bpt.

### Plaintiff's Motion for Judicial Notice of Rule 36 Admissions

Your undersigned plaintiff, Robert Salatto, hereby requests that this Honorable Court take judicial notice that all matters set forth in his Rule 36 Requests for Admissions to defendant Atkinson, O'Malley, and Gruntland are hereby deemed Admitted.

On January 25, 2005, and July 7, 2005, Rule 36 Requests were propounded to defendant Atkinson through his Attorney. No responses or objections were at any time filed. On July 1, 2005, Rule 36 Requests were propounded to defendant O'Malley through his Attorney. No responses or objections were at any time filed. On July 7, 2005, Rule 36 Requests were propounded to defendant Gruntland through his Attorney. No responses or objections were at any time filed. Accordingly, the truth of all such matters set forth in the Requests is deemed Admitted by law. SEE F.R.C.P. 36(a); SEE also Huey v. U.P.S., 165 F.3d 1084, 1085 (7th Cir. 1999); Husley v. Texas, 929 F.2d 168, 171 (5th Cir. 1991). The requesting party need not