UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ROBERT SALATTO, JR.
                                               PRISONER
                              CASE NO. 3:02cv230 (EBB) (JGM)
   v.

TOWN OF BRANFORD, ET AL.

## RULING AND ORDER

Pending before the court are plaintiff's motions for articulation, default judgment and hearing in damages. For the reasons set forth below, the motions are granted.

The plaintiff asks the court to address his objection to Magistrate Judge Margolis' June 3, 2005 Ruling and Order denying his multiple motions to compel and for sanctions. With certain listed exceptions, a district judge may refer pretrial motions to a magistrate judge for determination. See 28 U.S.C. § 636(b)(1)(A). The district judge may reconsider these pretrial matters on a motion by a party where the party shows that the magistrate judge's order is "clearly erroneous or contrary to law." 28 U.S.C. § 636(b)(1)(A). The court has reviewed the June 3, 2005 Ruling and Order and concludes that the Magistrate's ruling is not "clearly erroneous or contrary to law." 28 U.S.C. § 636(b)(1)(A). Thus, the plaintiff's motion seeking review of Magistrate Judge Margolis' June 3, 2005 Ruling is granted, but after careful review, the court overrules the plaintiff's objections to the ruling.

On January 3, 2006, the Court defaulted defendants Town of Branford, O'Malley and Atkinson for failure to plead and directed the defendants to file a motion to set aside the default within twenty days of the order and directed the plaintiff to file a motion for default judgment within thirty days of the order. To date, defendants have not moved to set aside the default. The

plaintiff has filed a motion for default judgment in compliance with the court's order.  The motion for default judgment as to defendants Town of Branford, O'Malley and Atkinson and motion for a hearing in damages is granted.

## Conclusion

Thus, the plaintiff's Motion [**doc. # 99**] seeking review of Magistrate Judge Margolis' June 3, 2005 Ruling is **GRANTED**, but after careful review, the court **OVERRULES** the plaintiff's objection [**doc. # 82**] to the ruling.  The Motion for Default Judgment [**doc. # 108**] as to defendants Town of Branford, O'Malley and Atkinson and Motion for Hearing in Damages [**doc. # 101**] are **GRANTED**.  This matter is referred to Magistrate Judge Margolis for a hearing in damages.

SO ORDERED this 2nd of February, 2006, in New Haven, Connecticut.

/s/ Ellen B. Burns
Ellen B. Burns
Senior United States District Judge