UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT F. SALATTO, *PRO SE*, | |
| *Plaintiff,* | Civil Action No. |
| v. | 3:02 CV 0230 (EBB) (JGM) |
| TOWN OF BRANFORD, ET AL., | |
| *Defendants.* | FEBRUARY 2, 2006 |

**MOTION FOR RECONSIDERATION RE ORDER ON MOTION FOR DEFAULT**

The defendants, TOWN OF BRANFORD; ROBERT GILL, Chief of Police; PATRICK O'MALLEY, Patrol Officer; DAVID ATKINSON, Patrol Officer; and JOHN DOE, Shift Supervisor, hereby move to reconsider the Court's order on the plaintiff's Motion for Default.

In support of this motion, the defendants offer as follows:

1. The defendants have filed an answer and affirmative defenses to the second amended complaint;

2. Good cause exists to set aside the entry of default;

3. Good and valuable defenses exist to both liability and damages in this case; and

4. The plaintiffs will suffer no prejudice should the default be set aside.

- 2 -

    5.    Consistent with local rule, a memorandum of law is filed herewith.

WHEREFORE, the defendants pray that their motion is granted and the order on default is set aside.

> THE DEFENDANTS,
> TOWN OF BRANFORD; ROBERT GILL, Chief of Police; PATRICK O'MALLEY, Patrol Officer; DAVID ATKINSON, Patrol Officer; and JOHN DOE, Shift Supervisor
>
> /s/ John J. Radshaw III
> John J. Radshaw III, ct19882
> HOWD & LUDORF
> 65 Wethersfield Avenue
> Hartford, CT  06114
> (860) 249-1361
> (860) 249-7665 (fax)

## **CERTIFICATION**

I hereby certify that on February 2, 2006, a copy of foregoing was served by U.S. Mail, postage pre-paid to all *pro se* parties and counsel of record.

Robert F. Salatto, Jr.
Inmate #180287
Corrigan Correctional Institute
986 Norwich New London Turnpike
Uncasville, CT 06382

> /s/ John J. Radshaw III
> John J. Radshaw III