## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT F. SALATTO, *PRO SE*, <br><br>　　　　　　　　　　　*Plaintiff,* <br><br> v. <br><br> TOWN OF BRANFORD, ET AL., <br><br>　　　　　　　　　　　*Defendants.* | Civil Action No. <br><br> 3:02 CV 0230 (EBB) (JGM) <br><br><br><br> FEBRUARY 2, 2006 |

## **AFFIDAVIT OF JOHN RADSHAW**

　　　The undersigned, after being duly cautioned and sworn, hereby deposes and says:

　　　1.　　I am over eighteen years of age and I believe in the obligations of an oath.

　　　2.　　I represent the defendants in the above-referenced matter.

　　　3.　　I am admitted to the Bar of the United States District Court for the District of Connecticut.

　　　4.　　Sometime in the summer months of 2005, the defendants' legal file was sent into closed file storage by mistaken and the file was marked closed.

　　　5.　　As a result, pleadings associated with this file were not properly forwarded to the undersigned. .

　　　6.　　On February 1, 2006, the undersigned received a number of pleadings filed by the plaintiff. Based on those pleadings, the docket was reviewed and the undersigned was made aware of the

numerous pending motions, including the pending motion for default.

7. As soon as the file was located and retrieved, the undersigned took every step to cure the default and address all of the pending outstanding issues.

8. The failure to address the pending motions was a mistake made in good faith that would have been remedied in short order but for the mistaken closure. The file was closed along with an adjacent, larger file, and the entirety was sent to storage. As a closed file, additional pleadings were forwarded to a closed filing folder and not to the undersigned.

9. In the present case, good cause exists to set aside the default as it was entirely inadvertent and was a result of an administrative procedural error.

10. Based on the administrative procedural error, the undersigned has taken steps to change office procedures to prevent such an event from occurring again.

11. The judgment of default would bring about a harsh or unfair result.

                                          _____/s/ _____  
                                          JOHN J. RADSHAW, III

Subscribed and sworn before me this 2nd of February 2006

                                          _____/s/ _____  
                                        Commissioner of the Superior  
                                        Court/Notary Public