UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT F. SALATTO, *PRO SE*, | |
| *Plaintiff,* | Civil Action No. |
| v. | 3:02 CV 0230 (EBB) (JGM) |
| TOWN OF BRANFORD, ET AL., | |
| *Defendants.* | FEBRUARY 2, 2006 |

## **OBJECTION TO MOTION FOR DEFAULT JUDGMENT**

The defendants, TOWN OF BRANFORD; ROBERT GILL, Chief of Police; PATRICK O'MALLEY, Patrol Officer; DAVID ATKINSON, Patrol Officer; and JOHN DOE, Shift Supervisor, hereby move

In support of this objection, the defendants offer as follows:

1. The defendants have moved to set aside the entry of default and such motion sets forth the reasons for the same and is incorporated by reference;

2. The defendants have filed an answer and affirmative defenses to the second amended complaint;

3. Good and valuable defenses exist to both liability and damages in this case; and

4. The plaintiff will suffer no prejudice should their motion be denied.

- 2 -

WHEREFORE, the defendants pray that their objection is sustained and the plaintiffs' motion is denied.

THE DEFENDANTS,
TOWN OF BRANFORD; ROBERT GILL, Chief of Police; PATRICK O'MALLEY, Patrol Officer; DAVID ATKINSON, Patrol Officer; and JOHN DOE, Shift Supervisor

/s/ John J. Radshaw III
John J. Radshaw III, ct19882
HOWD & LUDORF
65 Wethersfield Avenue
Hartford, CT  06114
(860) 249-1361
(860) 249-7665 (fax)

## CERTIFICATION

I hereby certify that on February 2, 2006, a copy of foregoing was served by U.S. Mail, postage pre-paid to all *pro se* parties and counsel of record.

Robert F. Salatto, Jr.
Inmate #180287
Corrigan Correctional Institute
986 Norwich New London Turnpike
Uncasville, CT 06382

      /s/ John J. Radshaw III
      John J. Radshaw III