Robert Salatto
        Plaintiff

Vs.

Town of Branford, et al.,
        Defendants

3:02 CV 230 EBB/JGM

FILED

2006 FEB 13 P 4: 46

U.S. DISTRICT COURT
NEW HAVEN CONN

February 9, 2006

## Plaintiff's Request For Pre-trial Conference
## And A Trial Date

A pretrial conference and a trial date are respectfully requested in this action by the plaintiff.

Respectfully submitted,

Robert Salatto
982 Norwich- New London Tpk
Uncasville Ct 06382

This is to certify that one copy hereof was mailed, postage prepaid, to Atty. John Radshaw, 65 Wethersfield Avenue, Hartford, Ct, on:

February 9, 2006

Robert Salatto