Robert Salatto
  Plaintiff

Vs.

Town of Branford
  Defendant

FILED   # 3.02 CV 230 EBB

2006 FEB 13 P 4:46

U.S. DISTRICT COURT

February 8, 2006

## Plaintiff's Motion For Compelled Responses As A Matter of Law

Your undersigned plaintiff, Robert Salatto, pursuant to FRCP 33(b)(3), 33(b)(4), and 37(a)(2)(B), hereby requests that this Honorable Court compel the defendant Town of Branford to respond to the complete set of FIVE (5) interrogatories propounded to it by the plaintiff on July 25, 2004. In support of this motion, the undersigned respectfully represents as follows:

1. On July 25, 2004, the undersigned propounded a set of interrogatories, totalling FIVE, to the defendant Town of Branford, through its Attorney, John J. Radshaw III. Said interrogatories are attached herewith as Exhibit A;

2. The defendant, through its Attorney, then filed a motion seeking an extension of time by which to respond/object to said interrogatories, requesting up to the date of October 18, 2004 to act. SEE motion as DOC # 55 and ORDER granting motion as DOC # 58;

3. This court granted said motion, and afforded the defendant until said date, October 18, 2004, to respond. However, the defendant took no action and at no time filed a response or an objection to said interrogatories;

4. The undersigned subsequently undertook a multitude of attempts in good-faith to obtain cooperation with the discovery request devoid of court intervention pursuant to F.R.C.P. 37(a)(2)(A) and D. Conn. L. Civ. R. 37(a)(2). However, the defendant took no action and compliance was not executed;

5. In fact, from the date of the defendants' motion requesting an extension of time to respond to said interrogatories, the defendants ignored some 50 additional motions and discovery requests, including a motion for default and various motions to compel and for sanctions. Ultimately, this court entered a default against this, and other defendants to this action on January 3, 2006;

6. Accordingly, the defendant has absolutely failed to respond to said interrogatories dated July 25, 2004, and has waived any retained objections to said interrogatories. As a matter of law, the defendant must answer each of them;

7. Objections to interrogatories must ordinarily be served within thirty (30) days after the interrogatories are served. FRCP 33(b)(3). In this instance, this court granted the defendant until October 18, 2004, to respond. The defendant then ignored the court's order and absolutely failed to respond. Indeed, the defendant subsequently absented itself from this action and a default was entered against it. Objections to interrogatories are deemed waived as a matter of law if the defendant absolutely ignores the interrogatories and does not respond. FRCP 33(b)(4); Davis v. Fendler, 650 F.2d 1154, 1160 (9th Cir. 1981). A party may file a motion to compel answers if the interrogatories are not answered or objected to by the responding party. FRCP 33(b)(5); 37(a)(2)(B); Pan-Islamic Trade Corp. v. Exxon Corp., 632 F.2d 539, 552 (5th Cir. 1980). If a party completely fails to serve answers, the court may order more severe sanctions. FRCP 37(d); Oklahoma Federated Gold and Numismatics v. Blodgett, 24 F.3d 136, 139-40 (10th Cir. 1994). Here, specific sanctions are not requested. However, answers to said interrogatories should be compelled, without reservation, as a matter of law.

Respectfully submitted,

Robert Salatto

Robert Salatto
982 Norwich-New London Tnpk
Uncasville, CT 06382

\* Certification to counsel on last page

United States District Court
District of Connecticut

Robert F. Salatto
    Plaintiff

vs.

Town of Branford, et al.
    Defendants

July 25, 2004

Plaintiff's Interrogatories directed to the Defendant Town of Branford

I) DEFINITIONS:

Identical definitions apply to the defendant Town of Branford as those enunciated in, and directed to, the natural defendants within their interrogatories. specifically, defendant Patrick O'Malley.

II) INSTRUCTIONS

Identical instructions apply to the defendant Town of Branford as those enunciated in, and directed to, the natural defendants within thier interrogatories. specifically, defendant Patrick O'Malley.

Interrogatories

#1. Identify all persons answering these interrogatories, supplying information, or in any way assisting with the preparation of the answers:

#2: Identify by NAME, caption, and docket number with COURT LOCATION, All prior suits in which the defendant Town of Branford was named as a defendant, involving in any manner Allegations of excessive force by A police officer, Abuse of Authority by a police officer, or general misconduct of a police officer, dating back the preceding Ten (10) years:

#3: Identify Any special training of a medical nature, required of Branford Police Officers by the Town of Branford, including but not limited to, the treatment or diagnosis of cardiovascular illness or complaints, suicidal ideation or complaints, general mental health crisis intervention, And the provision of (and ACCESS) to Arrestees, and detainees of medical evaluation or CARE by AN E.M.T. or paramedic while in custody?

#4: Particularly Identify on what statute, case law, or other Authority you base your contention that you are immune from suit, or entitled to the Affirmative defense(s) of either Qualified immunity or Absolute immunity or Any other form of immunity from suit:

#5: Particularly identify upon what statute, case law, or other authority you base your contention that your Agents, the defendant police officers, are immune from suit, or entitled to the affirmative defense(s) of either Qualified Immunity, Absolute Immunity, or any other form of immunity:

I hereby certify that the foregoing answers are true and correct;

Respectfully

/s/
_____

I hereby certify that one copy of the foregoing interrogatories was mailed to Attorney John Radshaw, 65 Wethersfield Avenue, Hartford, postage prepaid, on July 25, 2004.

/s/                               [signature]

Robert Salatto
The Plaintiff Pro-Se

Certification

This is to certify that a copy of the foregoing was mailed, postage prepaid, to Attorney John Bradshaw III, 65 Wethersfield Avenue, Hartford, CT., on

FEBRUARY 8, 2006

_____
Edward Salatto