Robert Salatto
    Plaintiff

vs.

Town of Branford, et al.,
    Defendants

FILED
3:02 cv 230 EBB/JGM
2006 FEB 16 P 4:36
U.S. DISTRICT COURT
BRIDGEPORT, CONN

February 14, 2006

## Plaintiff's Motion to Strike Answer

The undersigned plaintiff, Robert Salatto, hereby requests that the defendants' answer to the amended complaint be stricken. An entry of default was ordered against several defendants on January 3, 2006. A judgment by default was ordered against such defendants on February 2, 2006. Accordingly, the defendants' answer is out-of-time and insufficient. Once a judgment by default has been rendered, the default cuts off the defendants' right to file any other document other than a motion for relief from the default. See New York Life Insurance Co. v. Brown, 84 F.3d 137, 143 (5th C.P. 1996). Accordingly, the defendants' answer should be stricken.

Respectfully submitted,

Robert Salatto
988 Norwich-New London Tpk
Uncasville, CT 06382

Certification

This is to certify that one copy of this motion was mailed, postage prepaid to Attorney J. Radshaw, 65 Wethersfield Avenue, Hartford, CT 06114. on Feb. 14, 2006     By: Robert Salatto
(Feb 14, 2006)