Robert Salatto
    Plaintiff

Vs.

Town of Branford, et. al.,
    Defendants

FILED
2006 FEB 16 P 4:36
U.S. DISTRICT COURT
BRIDGEPORT, CONN

N° 3:02 CV 230 (EBB)(JGM)

February 8, 2006

## Plaintiff's Second Motion Requesting Discovery Sanctions

Your undersigned plaintiff, pursuant to Fed.R.Civ.P. 37(b)(2)(b), hereby requests that this Honorable Court sanction the defendants Town of Branford, O'Malley, Atkinson, and Grantland, by issuing an order precluding them from asserting their Affirmative defense of Qualified Immunity. In support of this motion, your plaintiff respectfully represents as follows:

1. An Amended complaint was filed in this action on April 2, 2005. In the Ruling and order dated June 3, 2005, this court directed the defendants to file an Answer by July 3, 2005. SEE Exhibit A;

2. The defendants violated that order and took no action. No Answer was at any time filed to said complaint;

3. This is not the first occasion that the defendants have failed to meet their procedural obligations. In recent months, the defendants have ignored 25 motions and discovery requests. See, e.g., Plaintiff's first motion

for Sanctions. In consideration of the defendants systematic and continuous refusal to cooperate in discovery and meet procedurally required obligations, and because they have violated a clear-cut court order to answer the complaint, an order precluding them to assert their affirmative defense of Qualified Immunity is fair, just, and equitable;

4. Your undersigned plaintiff has attempted to confer with counsel for the defendants, John Radshaw, in an attempt to resolve this matter without judicial intervention, but your plaintiff received no response and no answer was at any time filed;

5. In addition, should the defendants fail to respond or object to this motion, this Honorable Court should imply consent to this motion, and any objection should be deemed waived. A copy of this motion was, of course, forwarded to the defendants' Attorney as hereinunder certified.

WHEREFORE, your undersigned plaintiff respectfully requests that this Honorable Court enter an order precluding the defendants from asserting their affirmative defense of Qualified Immunity.

Respectfully submitted,

_____
Robert Salatto, Your Plaintiff
982 Norwich-New London Tnpk.
Uncasville, CT 06382

CERTIFICATION

This is to certify that one copy hereof was mailed to Attorney John Radshaw, 65 Wethersfield Avenue, Hartford, CT 06114, via first-class U.S. Mail, postage pre-paid, on:

February 8, 2006    _____
                     Robert Salatto