Robert Salatto
    Plaintiff

Vs.

Town of Branford, et al.,
    Defendants

# 3:02 CV 230 EBB/JGM

FILED
2006 FEB 16 P 4:36
U.S. DISTRICT COURT
BRIDGEPORT, CONN

February 16, 2006

## Plaintiff's Second Motion to Compel Discovery Products

Your undersigned plaintiff, Robert Salatto, pursuant to F.R.C.P. 34(b), 37(a)(2)(B), hereby requests that this court compel defendants O'Malley, Atkinson, and Guantiand to produce the following discovery products. Your plaintiff requested such items by way of a request for production under FRCP 34, but the defendants did not comply. Your plaintiff then undertook good-faith measures to resolve the discovery dispute by way of a written letter seeking to address the non-compliance, but said defendants took no action. In fact, this Honorable Court ultimately entered a default against several defendants on January 3, 2006, in consequence of their failure to address this action since 2004. The specific items initially sought from the defendants were:

1. Prior written statement of Karen Ann Holmes;

2. Prior written statement of Robert Salatto, Sr.;

wherefore, this Honorable Court should compel production of such items as a matter of law.

Respectfully submitted,

*[signature]*

Robert Salatto
982 Norwich-New London Tnpk.
Uncasville CT 06382

This is to certify that one copy hereof was mailed postage prepaid to Attorney John Bradshaw, 65 Wethersfield Avenue, Hartford, CT., on

February 8, 2006                              *[signature]*
                                              Robert Salatto