Robert Salatto
  Plaintiff
Vs.
Town of Branford, et al.,
  Defendants

No. 3:02 CV 230 EBB/JGM

FILED
2006 FEB 24 P 12:17
U.S. DISTRICT COURT
BRIDGEPORT, CONN

February 16, 2006

<u>Plaintiff's Mistakenly Omitted Sworn Affidavit in Support of Memorandum in Opposition to Vacate Judgment by Default (dated Feb 14, 2006)</u>

Your plaintiff mistakenly omitted the seal of the Notary Public respecting his affidavit in support of his memorandum in opposition to the defendants' request to set aside this court's judgment by default. Wherefore, your plaintiff submits said affidavit herewith, properly sworn and notarized, and respectfully requests that this Honorable Court accept same in support of his memorandum in opposition. The defendants' request to set aside the judgment by default should be denied.

Respectfully submitted,

/s/ Robert Salatto
Robert Salatto
982 Norwich-New London Tpk
Uncasville, CT 06382

State of Connecticut : SWORN AFFIDAVIT OF Robert F. Salatto
County of New London

I, Robert Frank Salatto, Jr., the undersigned AFFIANT, do depose and state under penalty of perjury:

1. That I am over the age of 18 and understand the meaning and obligation of the Oath;

2. That, As plaintiff in the action entitled Salatto v. Branford, et al., # 3:02-CV-230 EBB/JGM, I make the declarations in this affidavit upon personal knowledge;

3. That, in Late 2005, I learned that a percipient witness necessary to the case-in-chief of this action has moved permanently to the State of Florida and has expressed an affirmative intention not to return to Connecticut;

4. That, as of January 2006, the whereabouts of yet another fact witness to this action has become unknown;

5. That, had this action not been delayed by the defendants, testimony from these critical witnesses would have been feasible;

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 15, 2006, pursuant to 28 U.S.C. 1746 and Notarized

_____          _____
Notary Public                    Robert Salatto
MICHAEL LEWIS
NOTARY PUBLIC
MY COMMISSION EXPIRES APR. 30, 2008

CERTIFICATION

This is to certify that one copy of the foregoing motion was sent, first class postage prepaid, via USPS, on the date of 2/16/06 to the following counsel of record:

Attorney John J. Radshaw
Howd & Ludorf
65 Wethersfield Avenue
Hartford, Connecticut

BY: _____
Robert Salatto, Jr.