UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ROBERT SALATTO, JR.

                                   PRISONER
                           CASE NO. 3:02cv230 (EBB) (JGM)

v.

TOWN OF BRANFORD, ET AL.

ORDER

On January 3, 2006, the Court ordered the United States Marshal to personally serve defendant Thomas Grantland. That same day, the Clerk forwarded the necessary service papers to the United States Marshal. The United States Marshal has informed the court that it has no record of receiving the service papers from the Clerk.

Accordingly, the Clerk is again directed to prepare the necessary papers to enable the United States Marshal to personally serve defendant Thomas Grantland. The United States Marshal is directed to personally serve defendant Thomas Grantland at the Branford Police Department, 33 Laurel Street, Branford, Connecticut on or before **MARCH 15, 2006** and file a return of service on or before **MARCH 22, 2006**.

SO ORDERED this 3rd day of March, 2006, at New Haven, Connecticut.

                     /s/ Joan G. Margolis

                     Joan G. Margolis
                     United States Magistrate Judge