## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT F. SALATTO, *PRO SE*, | |
| *Plaintiff,* | Civil Action No. |
| v. | 3:02 CV 0230 (EBB) (JGM) |
| TOWN OF BRANFORD, ET AL., | |
| *Defendants.* | MARCH 6, 2006 |

### MOTION FOR EXTENSION OF TIME TO RESPOND TO PENDING MOTIONS

The defendants, TOWN OF BRANFORD; ROBERT GILL, Chief of Police; PATRICK O'MALLEY, Patrol Officer; DAVID ATKINSON, Patrol Officer; and JOHN DOE, Shift Supervisor, hereby move for an extension of time to respond to the plaintiff's multiple pending motions.

In support of this objection, the defendants offer as follows:

1. The defendants have moved to set aside the entry of default and such motion sets forth the reasons for the same and is incorporated by reference;

2. The defendants have filed an answer and affirmative defenses to the second amended complaint;

3. Good and valuable defenses exist to both liability and damages in this case;

- 2 -

4. Before, during and after said filing, the plaintiff has filed a plethora of motions regarding discovery, evidence, sanctions and summary judgment.

5. In order to fully respond to the plaintiff's many, many motions, the defendants need additional time.

6. The defendants are endeavoring to respond to the pending motions in such a form that will assist the court in the disposition of the same to clarify and focus the pleadings in this case.

7. The defendants require until Friday, March 17, 2006 in which to respond to *all* of the plaintiff's motions pending as of March 6, 2006 (up to docket entry 140).

8. No additional time will be necessary.

WHEREFORE, the defendants pray that their motion is granted and they are allowed until **Friday, March 17, 2006** in which to respond to *all* of the plaintiff's motions pending as of March 6, 2006 (up to docket entry 140).

THE DEFENDANTS,
TOWN OF BRANFORD; ROBERT GILL, Chief of Police; PATRICK O'MALLEY, Patrol Officer; DAVID ATKINSON, Patrol Officer; and JOHN DOE, Shift Supervisor

/s/ John J. Radshaw III
John J. Radshaw III, ct19882
HOWD & LUDORF
65 Wethersfield Avenue
Hartford, CT  06114
(860) 249-1361
(860) 249-7665 (fax)

- 2 -

## **CERTIFICATION**

     I hereby certify that on March 6, 2006, a copy of foregoing was served by U.S. Mail, postage pre-paid to all *pro se* parties and counsel of record.

Robert F. Salatto, Jr.
Inmate #180287
Corrigan Correctional Institute
986 Norwich New London Turnpike
Uncasville, CT 06382

                                            /s/ John J. Radshaw III
                                            John J. Radshaw III