UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT F. SALATTO, *PRO SE*, | |
| *Plaintiff,* | Civil Action No. |
| v. | 3:02 CV 0230 (EBB) (JGM) |
| TOWN OF BRANFORD, ET AL., | |
| *Defendants.* | MARCH 6, 2006 |

## MOTION TO MODIFY THE SCHEDULING ORDER

The defendants, TOWN OF BRANFORD; ROBERT GILL, Chief of Police; PATRICK O'MALLEY, Patrol Officer; DAVID ATKINSON, Patrol Officer; and JOHN DOE, Shift Supervisor, hereby move to modify the scheduling order in this case as follows: (1) set the discovery completion deadline to **June 1, 2006**; and (2) set the dispositive motion deadline to **July 1, 2006**.

In support of this motion, the defendants offer as follows:

1. The plaintiff has filed many discovery and evidentiary motions, including a motion for summary judgment;

2. As the plaintiff is incarcerated, the defendants need additional time to depose the plaintiff and make the necessary arrangements with prison officials;

- 2 -

3. The defendants need additional time to address issues concerning the numerous motions filed by the plaintiff.

4. The defendants also need time to prepare and file a motion for summary judgment addressed to all issues of the plaintiff's complaint.

5. The trial schedule of the undersigned required a brief extension of the deadlines contemplated in the scheduling order.

6. Therefore, good cause exists to modify the scheduling order as set forth as follows: (1) the discovery completion deadline to **June 1, 2006**; and (2) set the dispositive motion deadline to **July 1, 2006**.

7. The defendants do not believe any additional time will be necessary.

WHEREFORE, the defendants pray their Motion to Modify the Scheduling Order is granted.

    THE DEFENDANTS,
    TOWN OF BRANFORD; ROBERT
    GILL, Chief of Police; PATRICK
    O'MALLEY, Patrol Officer; DAVID
    ATKINSON, Patrol Officer; and JOHN
    DOE, Shift Supervisor

    /s/ John J. Radshaw III
    John J. Radshaw III, ct19882
    HOWD & LUDORF
    65 Wethersfield Avenue
    Hartford, CT  06114
    (860) 249-1361
    (860) 249-7665 (fax)

- 3 -

## **CERTIFICATION**

      I hereby certify that on March 6 2006, a copy of foregoing was served by U.S. Mail, postage pre-paid to all *pro se* parties and counsel of record.

Robert F. Salatto, Jr.
Inmate #180287
Corrigan Correctional Institute
986 Norwich New London Turnpike
Uncasville, CT 06382

                                                              /s/ John J. Radshaw III
                                                              John J. Radshaw III