**U.S. Department of Justice**  
**United States Marshals Service**



### PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER **PRISONER** |
|---|---|
| ROBERT SALATTO, JR. | 3:02cv230(EBB)(JGM) |
| **DEFENDANT** | **TYPE OF PROCESS** |
| TOWN OF BRANFORD, ET AL | SUMMONS & AMENDED COMPLAINT |

FILED 2006 MAR 28 A 10:55 U.S. DISTRICT COURT

**SERVE ➤ AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
THOMAS GRANTLAND

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Branford Police Department, 33 Laurel Street
Branford, Connecticut

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

ROBERT F. SALATTO, JR. #180287
RADGOWSKI CORRECTIONAL INSTSITUTION
982 NORWICH-NEW LONDON TURNPIKE
UNCASVILLE, CT 06382

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Fold                                                                                                                  Fold

IFP/INDIVIDUAL CAPACITY

SERVICE BY 2/2/06

RETURN SERVICE BY 2/22/06

Signature of Attorney or other Originator requesting service on behalf of: Clerk's Office /s/ Mary E. Larsen  ☒ PLAINTIFF  ☐ DEFENDANT  TELEPHONE NUMBER (203)579-5861  DATE 1/3/06

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 14 | No. 14 | A.L.W. | 1/11/06 |

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service | Time  am / pm

Signature of U.S. Marshal or Deputy  A.L.W.

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

JDIS - Mailed 1/13/06
OPEN 1/13/06
CLOSED 2/21/06

1/23/06 - According to Lt. Fowler Branford P.D. - Thomas Grantland Retired a year ago. No forwarding address. Return unexecuted. By: CT DUSM T. Gallucci

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |