UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2006 MAR 28  P 4: 27

U.S. DISTRICT COURT

| | |
|---|---|
| ROBERT SALATTO,<br>Plaintiff | CASE 3:02-CV-230 (EBB/JGM) |
| Vs. | AT BRIDGEPORT |
| TOWN OF BRANFORD, et al.,<br>Defendants | MARCH 24, 2006 |

### PLAINTIFF'S MOTION TO WITHDRAWL PRIOR MEMORANDUMS OF LAW IN OPPOSITION TO DEFENDANTS' REQUEST TO VACATE DEFAULT

Your plaintiff, ROBERT SALATTO, hereby requests that his prior memorandums of law in opposition to the defendants' motions to vacate default judgment be withdrawn and substituted by your plaintiff's amended memorandum of law in opposition to the defendants' motions to vacate judgment by default. Your plaintiff's amended memorandum is filed contemporaneously herewith and is based on new information. WHEREFORE, it is respectfully requested that this court accept your plaintiff's amended memorandum and deem said prior memorandums withdrawn.

Respectfully submitted,

Robert Salatto, The Plaintiff
C/O The Eddy Center
Post Office Box 351
Middletown, Connecticut 06457

## CERTIFICATION

This is to certify that one copy of this document was mailed, first-class postage pre-paid, to Attorney John Radshaw, 65 Wethersfield Avenue, Hartford, Connecticut, on March 26, 2006.

By: _____
Robert Salatto, Jr.