**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

2006 MAR 31  P 4: 53

ROBERT SALATTO                               CASE # 3:02-CV-230 (EBB)
     Plaintiff

Vs.

TOWN OF BRANFORD, ET AL.,                    March 29, 2006
     Defendants

### PLAINTIFF'S MOTION TO COMPEL INFORMATION

Your undersigned plaintiff, ROBERT SALATTO, hereby requests that this Honorable Court compel the defendant, THOMAS GRANTLAND, to divulge his home address, or any other address sufficient to be served with process of this action in his individual capacity. The U.S. Marshal recently effectuated service of process upon defendant Grantland in his official capacity at the Branford Police Department. *See* plaintiff's amended memorandum in opposition to defendants' request to vacate default judgment. However, defendant Grantland has apparently retired from service with said department, and accordingly, the U.S. Marshal was unable to locate his person and effectuate service upon him in his individual capacity.

This action has been pending since 2001. Defendant Grantland was substituted as a properly named party in lieu of Defendant John Doe in 2003. Since that time, defendant Grantland, through his attorney John J. Radshaw, has participated in various forms of discovery prior to his abandonment of this action in 2004. Your plaintiff previously requested information surrounding defendant Grantland's residential address by way of interrogatories. However, the defendant, through counsel, interposed an objection. Your

plaintiff subsequently filed a motion to compel such information. Said motion is still pending. *See* plaintiff's motion to compel responses to interrogatories. In light of recent developments surrounding this court's jurisdiction over defendant Grantland, this request now takes on a new importance. Your plaintiff is entitled to such information in order to effectuate service of process upon him in his individual capacity. Your plaintiff has previously attempted to confer with opposing counsel regarding this request, to no avail. *See* plaintiff's motion to compel responses to interrogatories. Your plaintiff did not attempt subsequent attempts to confer with counsel because counsel continues to ignore every communication forwarded to him by your plaintiff. Therefore, further attempts would likely avail nothing. In any event, your plaintiff has conferred with opposing counsel regarding this request in his pending motion to compel responses in a manner consistent with the Federal and Local Rules of Civil Procedure.

WHEREFORE, it is respectfully requested that this Honorable Court compel defendant Thomas Grantland to divulge an address to your plaintiff and this court sufficient for him to be served with process in this action by the U.S. Marshal.

Respectfully submitted,

By: [signature]

Robert Salatto, Pro Se
The Eddy Center
Post Office Box 351
Middletown, CT 06457

## CERTIFICATION

This is to certify that one copy hereof was mailed, first-class postage pre-paid, to Attorney John Radshaw, 65 Wethersfield Avenue, Hartford, CT 06511, on March 29, 2006.

By: _____
Robert Salatto, Pro Se