UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2007 APR 24  P 3: 17
U.S. DISTRICT COURT
NEW HAVEN, CT

ROBERT F. SALATTO, *PRO SE*,

    Plaintiff,

v.

TOWN OF BRANFORD, ET AL.,

    Defendants.

Civil Action No.

3:02 CV 0230 (EBB) (JGM)

APRIL 15, 2006

## OBJECTION TO MOTION TO EXCLUDE (#120)

The defendants, TOWN OF BRANFORD; ROBERT GILL, Chief of Police; PATRICK O'MALLEY, Patrol Officer; DAVID ATKINSON, Patrol Officer; and JOHN DOE, Shift Supervisor, object to the plaintiff's motion to exclude (#120).

In a repeat of his other motions, plaintiff, in motion 120, seeks to preclude more information, evidence and affirmative defenses of the defendants, already repeated throughout his prior pleadings, and seeks to establish facts as if proven. Neither is appropriate in this situation. While the defendants' counsel may not have been as diligent as necessary, an office error has compounded the problem and such a drastic sanction is not appropriate as suggested by the plaintiff. Upon learning of the issues, as appropriate, the defendants have taken the necessary steps. Plaintiff's pile-on attitude of requesting sanction after sanction when he chose not to address the defendants' proper objections to discovery is improper and should be rejected.

Since moving to set aside the default, defendants have acted promptly and lawfully only to be met by a blizzard of motions, some of which are wholly unfounded.

The best solution here is for a limited wrap-up of discovery and brief dispositive motion before a short trial on any fact-sensitive issue remaining as may result in the plaintiff's claim of excessive force.

WHEREFORE, the defendants pray their objection is sustained.

THE DEFENDANTS,
TOWN OF BRANFORD; ROBERT GILL, Chief of Police; PATRICK O'MALLEY, Patrol Officer; DAVID ATKINSON, Patrol Officer; and JOHN DOE, Shift Supervisor

/s/ John J. Radshaw III
John J. Radshaw III, ct19882
HOWD & LUDORF
65 Wethersfield Avenue
Hartford, CT 06114
(860) 249-1361
(860) 249-7665 (fax)

### CERTIFICATION

I hereby certify that on April 17, 2006, a copy of foregoing was served by U.S. Mail, postage pre-paid to all *pro se* parties and counsel of record.

Robert F. Salatto, Jr.
c/o The Eddy Center
One LaBella Circle
P.O. Box 351
Middletown, CT 06457

/s/ John J. Radshaw III
John J. Radshaw III

-2-