FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2006 APR 24  P 3: 29

U.S. DISTRICT COURT
NEW HAVEN, CT

| | |
|---|---|
| ROBERT F. SALATTO, *PRO SE*, | |
| Plaintiff, | Civil Action No. |
| v. | 3:02 CV 0230 (EBB) (JGM) |
| TOWN OF BRANFORD, ET AL., | |
| Defendants. | APRIL 15, 2006 |

## OBJECTION TO MOTION FOR SANCTIONS (#125)

The defendants, TOWN OF BRANFORD; ROBERT GILL, Chief of Police; PATRICK O'MALLEY, Patrol Officer; DAVID ATKINSON, Patrol Officer; and JOHN DOE, Shift Supervisor, object to plaintiff's motion for sanctions (#125)

In motion 125, the plaintiff demands sanctions for a host of claimed discovery issues. The plaintiff has dredged up issues that took place two years prior to the present motion. The present motion for sanctions is an effort by the plaintiff to re-litigate and extra-litigate discovery issues, particularly the defendants' objections. If the objections had been claimed by the plaintiff earlier, those issues may have been resolved. If the court overrules the defendants' objections, the defendants will promptly answer in accordance with the court's orders. The plaintiff's present efforts for sanctions are merely an effort to pile on additional claims not properly before the court. The defendants question the attached and undated letter to the plaintiff's motion. The defendants file does not reflect such a letter.

The better option in this case is to deny the motion for sanctions, resolve the pending discovery objections and grant a short extension of time to allow for some discovery before a trial on the excessive force claim which is the only one that may survive summary judgment.

WHEREFORE, the defendants pray their objection is sustained.

THE DEFENDANTS,
TOWN OF BRANFORD; ROBERT GILL, Chief of Police; PATRICK O'MALLEY, Patrol Officer; DAVID ATKINSON, Patrol Officer; and JOHN DOE, Shift Supervisor

/s/ John J. Radshaw III
John J. Radshaw III, ct19882
HOWD & LUDORF
65 Wethersfield Avenue
Hartford, CT 06114
(860) 249-1361
(860) 249-7665 (fax)

## CERTIFICATION

I hereby certify that on April 17, 2006, a copy of foregoing was served by U.S. Mail, postage pre-paid to all *pro se* parties and counsel of record.

Robert F. Salatto, Jr.
c/o The Eddy Center
One LaBella Circle
P.O. Box 351
Middletown, CT 06457

/s/ John J. Radshaw III
John J. Radshaw III

- 3 -