UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2007 APR 24 P 3: 29

U.S. ...
... COURT

ROBERT F. SALATTO, *PRO SE*,

Plaintiff,

Civil Action No.

v.

3:02 CV 0230 (EBB) (JGM)

TOWN OF BRANFORD, ET AL.,

Defendants.

APRIL 15, 2006

## OBJECTION TO MOTION IN LIMINE (#126)

The defendants, TOWN OF BRANFORD; ROBERT GILL, Chief of Police; PATRICK O'MALLEY, Patrol Officer; DAVID ATKINSON, Patrol Officer; and JOHN DOE, Shift Supervisor, object to plaintiff's motion in limine (#126)

In motion 126, the plaintiff seeks an order in limine, prohibiting evidence on a number of issues. This motion is premature, without foundation and should be denied. Without citation to any authority, rule, case or otherwise, plaintiff seeks a blanket order on a number of issue. While motions in limine are appropriate at the appropriate time, that time is not now. If and when the court enters orders concerning a pre-trial order and to the extent that any issues remain following any dispositive motion, a proper motion in limine may be considered. Moreover, the plaintiff's request is in a vacuum and should not, and cannot, be ruled on with context and foundation of trial.

WHEREFORE, the defendants pray their objection is sustained.

        THE DEFENDANTS,
TOWN OF BRANFORD; ROBERT
GILL, Chief of Police; PATRICK
O'MALLEY, Patrol Officer; DAVID
ATKINSON, Patrol Officer; and JOHN
DOE, Shift Supervisor

/s/ John J. Radshaw III
John J. Radshaw III, ct19882
HOWD & LUDORF
65 Wethersfield Avenue
Hartford, CT  06114
(860) 249-1361
(860) 249-7665 (fax)

## CERTIFICATION

I hereby certify that on April 17, 2006, a copy of foregoing was served by U.S. Mail, postage pre-paid to all *pro se* parties and counsel of record.

Robert F. Salatto, Jr.
c/o The Eddy Center
One LaBella Circle
P.O. Box 351
Middletown, CT 06457

/s/ John J. Radshaw III
John J. Radshaw III