UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2001 APR 24  P 3: 29

U.S. DISTRICT COURT
NEW HAVEN, CT

| | |
|---|---|
| ROBERT F. SALATTO, *PRO SE*, | |
| Plaintiff, | Civil Action No. |
| v. | 3:02 CV 0230 (EBB) (JGM) |
| TOWN OF BRANFORD, ET AL., | |
| Defendants. | APRIL 15, 2006 |

## OBJECTION TO MOTION TO COMPEL (#131)

The defendants, TOWN OF BRANFORD; ROBERT GILL, Chief of Police; PATRICK O'MALLEY, Patrol Officer; DAVID ATKINSON, Patrol Officer; and JOHN DOE, Shift Supervisor, object to plaintiff's motion to compel (#131)

The defendants do not have any "statements" of either Ms. Holmes or Mr. Salatto, Sr. However, both Ms. Holmes and Mr. Salatto, Sr. were deposed and such transcripts cost money. Counsel cannot produce them as they are outside the scope of discovery. Transcripts of each deposition may be purchased directly from the court reporters who transcribed the proceedings. The plaintiff may contact the firm of Niziankiewicz & Miller, 972 Tolland Street, East Hartford, CT 06108-1533 for pricing and payment information.

WHEREFORE, the defendants pray their objection is sustained.

THE DEFENDANTS,
TOWN OF BRANFORD; ROBERT
GILL, Chief of Police; PATRICK
O'MALLEY, Patrol Officer; DAVID
ATKINSON, Patrol Officer; and JOHN
DOE, Shift Supervisor

/s/ John J. Radshaw III
John J. Radshaw III, ct19882
HOWD & LUDORF
65 Wethersfield Avenue
Hartford, CT 06114
(860) 249-1361
(860) 249-7665 (fax)

## CERTIFICATION

I hereby certify that on April 17, 2006, a copy of foregoing was served by U.S. Mail, postage pre-paid to all *pro se* parties and counsel of record.

Robert F. Salatto, Jr.
c/o The Eddy Center
One LaBella Circle
P.O. Box 351
Middletown, CT 06457

/s/ John J. Radshaw III
John J. Radshaw III