UNITED STATES DISTRICT COURT FILED
DISTRICT OF CONNECTICUT

2001 APR 24 P 3: 29

| | |
|---|---|
| ROBERT F. SALATTO, *PRO SE*, | U.S. DISTRICT COURT<br>NEW HAVEN, CT |
| Plaintiff, | Civil Action No. |
| v. | 3:02 CV 0230 (EBB) (JGM) |
| TOWN OF BRANFORD, ET AL., | |
| Defendants. | APRIL 15, 2006 |

### OBJECTION TO MOTION FOR ARTICULATION (#112)

The defendants, TOWN OF BRANFORD; ROBERT GILL, Chief of Police; PATRICK O'MALLEY, Patrol Officer; DAVID ATKINSON, Patrol Officer; and JOHN DOE, Shift Supervisor, object to the plaintiff's motion for articulation (#112).

There is no specific provision in the Federal Rules of Civil Procedure for the articulation of an endorsement denying any motion or request. Indeed, there are no requirements for written rulings on motions. Moreover, both the local rules and the Federal Rules of civil procedure prohibit the filing of discovery materials with the court. No further judicial effort should be spent on this issue.

WHEREFORE, the defendants pray their objection is sustained.

THE DEFENDANTS,
TOWN OF BRANFORD; ROBERT
GILL, Chief of Police; PATRICK
O'MALLEY, Patrol Officer; DAVID
ATKINSON, Patrol Officer; and JOHN
DOE, Shift Supervisor

/s/ John J. Radshaw III
John J. Radshaw III, ct19882
HOWD & LUDORF
65 Wethersfield Avenue
Hartford, CT  06114
(860) 249-1361
(860) 249-7665 (fax)

## CERTIFICATION

I hereby certify that on April 17, 2006, a copy of foregoing was served by U.S. Mail, postage pre-paid to all *pro se* parties and counsel of record.

Robert F. Salatto, Jr.
c/o The Eddy Center
One LaBella Circle
P.O. Box 351
Middletown, CT 06457

/s/ John J. Radshaw III
John J. Radshaw III

- 2 -