# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

ROBERT F. SALATTO, *PRO SE*,

    *Plaintiff,*

v.

TOWN OF BRANFORD, ET AL.,

    *Defendants.*

Civil Action No.

3:02 CV 0230 (EBB) (JGM)

APRIL 15, 2006

## OBJECTION TO MOTION TO COMPEL (#121)

The defendants, TOWN OF BRANFORD; ROBERT GILL, Chief of Police; PATRICK O'MALLEY, Patrol Officer; DAVID ATKINSON, Patrol Officer; and JOHN DOE, Shift Supervisor, object to plaintiff's motion to compel (#122)

In motion 122, plaintiff claims that he is entitled to an order compelling responses to interrogatories served in January 2005. The defendants have no record of this request. Having reviewed the request, the defendants will respond to these interrogatories by May 1, 2006.

WHEREFORE, the defendants pray their objection is sustained.

FILED 2007 APR 24 P 3:29

THE DEFENDANTS,
TOWN OF BRANFORD; ROBERT
GILL, Chief of Police; PATRICK
O'MALLEY, Patrol Officer; DAVID
ATKINSON, Patrol Officer; and JOHN
DOE, Shift Supervisor

/s/ John J. Radshaw III
John J. Radshaw III, ct19882
HOWD & LUDORF
65 Wethersfield Avenue
Hartford, CT  06114
(860) 249-1361
(860) 249-7665 (fax)

## CERTIFICATION

I hereby certify that on April 17, 2006, a copy of foregoing was served by U.S. Mail, postage pre-paid to all *pro se* parties and counsel of record.

Robert F. Salatto, Jr.
c/o The Eddy Center
One LaBella Circle
P.O. Box 351
Middletown, CT 06457

/s/ John J. Radshaw III
John J. Radshaw III