UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

ROBERT SALATTO, JR.
    Plaintiff

Case # 3:02-CV-230 (EBB/JGM)

2006 MAY -1 A II: 23

U.S. DISTRICT COURT
BRIDGEPORT, CONN

Vs.

TOWN OF BRANFORD, ET AL,
    Defendants            May 01, 2006

**PLAINTIFF'S REPLY TO EVERY UNTIMELY OBJECTION**
**FILED BY THE DEFENDANTS ON APRIL 17, 2006**

    Your plaintiff, ROBERT SALATTO, hereby objects to each recent objection filed by the defendants that was certified as mailed on April 17, 2006. The defendants abandoned this action from 2004-2006, and ignored some seventy-five various motions, action-responsive court orders, and communications. A judgment of default was rendered against them on February 02, 2006. The defendants then appeared by way of motion dated March 06, 2006 and requested "until **Friday, March 17, 2006** in which to respond to *all* of the plaintiff's motions [emphasis original]." *See* docket # 142. However, by said date, the defendants had taken no action whatsoever, and filed no responsive motions. Subsequently, this court generously issued an order commanding the defendants to file responses "**on or before April 15, 2006** [emphasis original]." However, as clearly evidenced from the certification pages respecting each and every said responses, the defendants failed to respond until the date of April 17, 2006. *See* every response. Your plaintiff would respectfully submit that each of said responses is thus fatally out of time.

    This is not the first time that the defendants have resorted to such delay tactics as requesting enlarged deadlines, and subsequently failing to respond, or requesting modifications of the scheduling order to conduct discovery, and subsequently conducting

1

no discovery. Notwithstanding, this court has overlooked such misconduct and nonetheless accorded them a firmly-established deadline, as indicated by emphasis. As a courtesy, your plaintiff forwarded the defendants a communication even before this court issued said order according them additional time to respond, wherein among other things, he addressed said non-compliance. A copy of said letter is attached herewith as *Exhibit A*. The defendants were thus well cognizant of their non-responsiveness, and still failed to meet the yet expanded deadline. They ultimately propounded untimely motions without even advancing an offer of cause. No motion for enlargement of time was sought, nor should one be granted. The defendants have thus waived their right to be heard responsive to such motions. WHEREFORE, your plaintiff would respectfully submit that every such motion filed by the defendants after April 15, 2006 should be of no effect or consequence.

                                        Respectfully submitted,

                                        _____
                                        Robert Salatto
                                        The Plaintiff
                                        1 LaBella Circle
                                        Middletown, CT 06457

March 26, 2006

John J. Radshaw, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, Connecticut 06114

Dear Attorney Radshaw:

    Please be advised of my release from the Connecticut Department of Correction. I am currently at a re-entry halfway house in Middletown, Connecticut. I anticipate that I will remain here for about thirty days, until I return to my residence. My new address:

    **Robert Salatto**
    **C/O The Eddy Center**
    **Post Office Box 351**
    **Middletown, Connecticut 06457**

    Should you need to speak to me, you can do so either by mail at the address provided, or you may call me directly at 860-343-5520 or 860-343-5521. Please feel free to contact me for any reason.

    In the event that you are interested, I will extend my offer to settle this matter as outlined in my former letter for an additional period of Seven (7) days, due to any incidental delay caused by my change of address. Although we have different perspectives on several issues raised in this action, I remain open to the prospect of resolution as outlined in my letter. In addition, you recently propounded a motion requesting until March 17, 2006 to address all pending motions. Although I oppose your request, please be advised that, in any event, I never received any responsive motions.

    I thank you for your attention and cooperation in this matter.

                                  Respectfully yours,

                                  Robert Salatto, Jr.

## CERTIFICATION

This is to certify that one copy hereof was mailed, first-class postage prepaid, to Attorney John Radshaw, 65 Wethersfield Avenue, Hartford, CT 06114, on April 27, 2006.

By: _____
    Robert Salatto