UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ROBERT SALATTO
Plaintiff

Case 3:02-CV-230 (EBB/JGM)

Vs.

TOWN OF BRANFORD, ET AL.,
Defendants

May 03, 2006

### PLAINTIFF'S REPLY TO DEFENDANTS' OBJECTION FOR MOTION FOR SANCTIONS (#125)

While it is true that your plaintiff has had to file many, many motions in an attempt to compel the defendants to comply with this action, counsel--and counsel only--bears responsibility for same. Counsel has abandoned this action; scoffed at clear, direct court orders to act; ignored discovery requests; ignored orders to produce discovery; ignored letters, third-party letters, good-faith conference attempts; and transparently fabricated information in an attempt to cover-up his misconduct, mislead this court and conceal material evidence. While your plaintiff certainly sympathizes with the added effort, energy, burden, and expense made necessary by counsel, it is he whom is unequivocally responsible for same. Nonetheless, your plaintiff apologizes for the unnecessary and excessive effort caused by defense counsel's unethical, sanctionable conduct.

In this motion, counsel claims that your plaintiff has "re-litigate[d]" and "extra-litigate[d]" discovery issues and "dredged up" issues that took place two years ago. The added litigation advanced by your plaintiff was made wholly necessary only by counsel's egregious misconduct and abandonment of this action. Your plaintiff has only now raised transgressions from long ago because, for the past two years, your plaintiff has begged

1

and pleaded with counsel to comply with his obligations devoid of judicial intervention. Furthermore, counsel sadly mischaracterizes to this court that the excessive force claim is the only legally viable claim that will make it to a jury. In fact, he is correct about one thing: The excessive force claim <u>will</u> make it to a jury, but so too will the denial of medical care claim(s), and the host of defamation claim(s). The actions of the defendants as claimed in this complaint were atrocious, unlawful, and entirely repugnant to the Constitution and the very essence of the United States of America. Your plaintiff has alleged serious, express violations of the Constitution and laws against several defendants. Counsel is merely deluding himself that each of such claims will not make it before a jury.

As always, your plaintiff is more than willing to cooperate in the just, inexpensive, and expedient resolution of this dispute. May this Honorable Court merely indicate how such might be possible given the present circumstances. Your plaintiff will promptly and unequivocally comply with any and every directive issued by this court.

Respectfully submitted,

_____
Robert Salatto
The Roger Sherman House
48 Howe Street
New Haven, CT

## CERTIFICATION

This is to certify that one copy hereof was mailed, postage prepaid, to Attorney John Radshaw, Howd & Ludorf, 65 Wethersfield Avenue, Hartford, CT 06114, on:

May 3, 2006

_____
Robert Salatto, Jr.

2