# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

**ROBERT F. SALATTO, JR.**            **APPEARANCE**
    **Plaintiff**

**VS.**                                **CASE NUMBER: 3:02 CV 00230 (EBB) (JGM)**

**TOWN OF BRANFORD, ET AL.**

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for:

    the plaintiff Robert F. Salatto

<u>June 27, 2006</u>                    _____
**Date**                                **Signature**

<u>ct 07596</u>                          <u>Martin S. Echter</u>
**Connecticut**                         **Print Clearly or Type Name**
**Federal Bar Number**

                              Law Office of Patricia A. Cofrancesco
<u>(203) 467-6003</u>                   <u>89 Kimberly Avenue</u>
**Telephone Number**                    **Address**

<u>(203) 467-6004</u>                   <u>East Haven, CT 06512</u>
**Fax Number**

<u>pattycofrancesco@sbcglobal.net</u>
**E-mail address**

## CERTIFICATE OF SERVICE

    This is to certify that the foregoing Appearance was FAXED and Mailed, Postage Prepaid, on this date to the following:

John J. Radshaw, III
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT 06114

                            _____
                                **Signature**