**UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT**

ROBERT F. SALATTO, JR.     :     NO. 3:02 cv 0230 (EBB) (JGM)
    Plaintiff

VS.                                                      :

TOWN OF BRANFORD, ET AL.  :  JUNE 27, 2006
    Defendants

**MOTION TO POSTPONE SETTLEMENT CONFERENCE
AND TO REOPEN SCHEDULING ORDER**

For the reasons more fully set forth below, the undersigned newly appearing attorney for the plaintiff Robert F. Salatto respectfully moves to postpone the settlement conference currently scheduled for Thursday, June 29, 2006 at 10:00 a.m., and to instead use that opportunity to establish a revised Scheduling Order which would provide (A) more time to familiarize myself with the case, (B) an opportunity to file a response or supplement to any pending matters including, but not limited to a supplemental opposition to what appears to be a motion to reopen a default judgment, (C) for further proceedings if settlement does not occur, and (D) such further relief as may seem appropriate after discussion between the Court and respective counsel.

The undersigned has today entered an Appearance on behalf of the plaintiff Robert F. Salatto, previously appearing pro se.  I have reviewed a portion of the file but the copies I have are manifestly not complete.

This lawsuit alleges that the plaintiff was (A) subjected to unreasonable physical force, (B) denied medical treatment, (C) subjected to inadequate

**ORAL ARGUMENT IS REQUESTED
TESTIMONY IS NOT REQUIRED**

protective supervision while in custody resulting in his attempt to commit suicide, and (D) on a number of occasions subjected to the false and unauthorized spreading of rumors that he was HIV positive and/or suffered from AIDS. The complaint also alleges a failure of the Town of Branford to adequately train and supervise its police officers.

    I am advised that there is currently pending a default judgment and a motion to reopen, and that there is currently scheduled a settlement conference for Thursday, June 29, 2006, at 10:00 a.m.

                                                Respectfully submitted,

                                                _____/S/
                                                MARTIN S. ECHTER
                                                Federal Bar No. ct07596
                                                Law Office of Patricia A. Cofrancesco
                                                89 Kimberly Avenue
                                                East Haven, CT 06512
                                                Phone: (203) 467-6003
                                                Fax: (203) 467-6004
                                                E-Mail: pattycofrancescoatsbcglobal.net

### Certificate of Service

    I, Martin S. Echter, hereby certify that I have served the foregoing by causing a copy to be FAXED and MAILED, POSTAGE PREPAID, to:

Attorney John J. Radshaw, III, Howd & Ludorf, LLC,
65 Wethersfield Avenue, Hartford, Ct 06114

this _____ day of June, 2006.

                                                _____
                                                   Martin S. Echter