IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

-----------------------------------------------------x

ROBERT SALATTO

V.                                                                      3:02 CV 230 (EBB)

TOWN OF BRANFORD ET AL.                           DATE: JUNE 29, 2006

-----------------------------------------------------x

### MEMORANDUM OF STATUS CONFERENCE

Date of Conference:   June 29, 2006

Attorneys Present:    Martin Echter, Esq.
                      (For Plaintiff)

                      John J. Radshaw, Esq.
                      (For Defendants)

### DISCUSSIONS

Counsel agreed to the deadlines set forth below.

### ORDERS

1. By agreement of counsel, plaintiff will file an Amended Complaint **on or before August 31, 2006**.

2. By further agreement of counsel, all discovery shall be completed **on or before September 29, 2006**.

3. By further agreement of counsel, a settlement conference will be held before this Magistrate Judge in late October-early November 2006, although counsel may request a conference at an earlier time.

4. By further agreement of counsel, **on or before August 4, 2006**, plaintiff will file a brief in opposition to defendants' Motions for Reconsideration, filed February 8, 2006 and February 10, 2006 (Dkts. ##115 & 122), and defendants may file a reply brief **on or before**

AO 72A
(Rev. 8/82)

**August 18, 2006**.

5. The Magistrate Judge is available for such other conferences (which may be held telephonically) as may be necessary.

Dated at New Haven, Connecticut, this 27th day of June, 2006.

Joan Glazer Margolis
U.S. Magistrate Judge

AO 72A
(Rev. 8/82)