IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

---------------------------------------------------------x
: 
ROBERT SALATTO                              :
:    3:02 CV 230 (EBB)
V.                                          :
:
TOWN OF BRANFORD ET AL.                     :    DATE: JUNE 29, 2006
:
---------------------------------------------------------x

## ORDERS

A. By agreement of counsel at the status conference held today, the following discovery motions may be <u>denied without prejudice to renew at a future time</u>:

1. Plaintiff's Motion to Compel, filed February 1, 2006 (Dkt. #110);

2. Plaintiff's Motion for Articulation, filed February 1, 2006 (Dkt. #112);

3. Plaintiff's Motion to Compel, filed February 9, 2006 (Dkt. #118);

4. Plaintiff's Motion for Judicial Notice and Exclusion of Non-Disclosed Fact Witnesses, filed February 9, 2006 (Dkt. #119);

5. Plaintiff's Motion to Exclude for Absolute Non-Compliance with Judicial Order Mandating Disclosure of Specific Discovery Items, filed February 9, 2006 (Dkt. #120);

6. Plaintiff's Motion to Compel, filed February 9, 2006 (Dkt. #121);

7. Plaintiff's Motion to Compel, filed February 10, 2006 (Dkt. #123);

8. Plaintiff's Motion for Sanctions, filed February 10, 2006 (Dkt. #125);

9. Plaintiff's Motion <u>In Limine</u>, filed February 13, 2006 (Dkt. #126);

10. Plaintiff's Motion to Compel, filed February 13, 2006 (Dkt. #128);

11. Plaintiff's Motion for Sanctions, filed February 16, 2006 (Dkt. #130);

12. Plaintiff's Motion to Compel, filed February 16, 2006 (Dkt. #131);

13. Plaintiff's Motion to Compel, filed February 16, 2006 (Dkt. #132);

14. Plaintiff's Motion for Sanctions, filed February 24, 2006 (Dkt. #139);

15. Plaintiff's Motion to Compel, filed March 31, 2006 (Dkt. 150);

16. Plaintiff's Motion to Compel, filed April 4, 2006 (Dkt. #151); and

17. Plaintiff's Motion for Sanctions, filed May 2, 2006 (Dkt. #174).

B. By agreement of counsel at the status conference held today, the following procedural motions may be <u>denied as moot without prejudice to renew at a future time</u>:

1. Plaintiff's Motion to Appoint Counsel, filed February 1, 2006 (Dkt. #111);

2. Plaintiff's Motion to Strike Answer to Amended Complaint, filed February 13, 2006 (Dkt. #124);

3. Plaintiff's Motion for Pre Trial Conference and for Trial Date, filed February 13, 2006 (Dkt. #127);

4. Plaintiff's Motion to Strike Answer to Amended Complaint, filed February 16, 2006 (Dkt. #129);

5. Plaintiff's Motion to Strike Answer to Amended Complaint, filed February 16, 2006 (Dkt. #133); and

6. Defendants' Motion for Extension of Time, filed Mach 7, 2006 (Dkt. #143).

C. By agreement of counsel at the status conference held today, the following substantive motion may be <u>denied without prejudice to renew at a future time</u> – Plaintiff's Motion for Summary Judgment, filed February 16, 2006 (Dkt. #135).

D. By agreement of counsel at the status conference held today, the following procedural motion may be <u>granted</u> – Plaintiff's Motion to Withdraw Response, filed March 28, 2006 (Dkt. #148).

AO 72A
(Rev. 8/82)

Dated at New Haven, Connecticut, this 27th day of June, 2006.

Joan Glazer Margolis
U.S. Magistrate Judge

AO 72A
(Rev. 8/82)