UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ROBERT F. SALATTO, JR.      :   NO. 3:02 CV 0230 (EBB) (JGM)
    Plaintiff

VS.                         :

TOWN OF BRANFORD, ET AL.    :   AUGUST 1, 2006
    Defendants

CONSENT
TO EXTEND TIME IN WHICH TO FILE
SUPPLEMENTAL MEMORANDUM
IN SUPPORT OF
OPPOSITION TO MOTION TO VACATE DEFAULT JUDGMENTS

The undersigned respectfully moves to extend the time in which to file a Supplemental Memorandum in Support of Opposition to Motion to Vacate Default Judgments to and including Friday, August 18, 2006. The Supplemental Memorandum is currently due Friday, August 4, 2006.

There have been no prior requests for such relief.

COUNSEL FOR DEFENDANTS CONSENTS PROVIDED THE TIME IN WHICH HE MUST REPLY IS EXTENDED FOR AN EQUAL PERIOD OF TIME.

Reasons for granting the requested relief.

1. I recently entered an Appearance for the previously pro se plaintiff.

---

This lawsuit alleges that the plaintiff was (A) subjected to unreasonable physical force, (B) denied medical treatment, (C) subjected to inadequate protective supervision while in custody resulting in his attempt to commit suicide, and (D) on a number of occasions subjected to the false and unauthorized spreading of rumors that he was HIV positive and/or suffered from AIDS. The complaint also alleges a failure of the Town of Branford to adequately train and supervise its police officers.

**ORAL ARGUMENT IS REQUESTED**
**TESTIMONY IS NOT REQUIRED**

2. Default Judgments have entered against three of the four defendants, i.e., the Town of Branford, David Atkinson and Patrick O'Malley.

3. Prior to this week I have had to devote substantial effort to responding to a Motion to Disqualify me from a case involving the City of New Haven based on my nearly twenty years employment with the City. Alberta Norris v. City of New Haven, 3:04-cv-00543 (MRK). The breadth and detail of the necessary response is substantial, and its importance to me is likely obviously.

3. I have obtained what I believe are all Mr. Salatto's files concerning this lawsuit, copies of more than 125 apparent pleadings (many handwritten), plus correspondence, evidentiary materials and research. I am comparing them against the Court docket entries to be sure all were filed, and I am providing a list of pleadings to defense counsel in order to be certain he and I are working from the same pleadings base. I also believe it prudent to meet with Mr. Salatto to review the pleadings, all of which to date are his work product, and to discuss the substance of his contentions.

4. This past weekend I received word that one of my two closest friends from childhood entered a Hospice in Baltimore, Maryland. I intend to travel there

---

The Court will recall that Mr. Salatto had been an absconder from a State prison half-way house when I appeared, and he had left behind at the half-way house substantial files. Subsequently, his father obtained release of those files and brought to me what I initially thought were all the documents. When I realized they were not complete I spoke with my client, by then rearrested, and he and I called his father who found more files at his home and eventually brought them to me. They include Court orders and rulings, typed pleadings of the defendants, and many hand-written pleadings, notes and correspondence of Mr. Salatto.

Wednesday afternoon, August 2, 2006 and probably return very late Thursday or early Friday.  Within days I may also have to make a second trip for his funeral, which is expected to be "sooner rather than later."

      6.   Today, Tuesday, August 1, I have an agency hearing in the morning, and two depositions in the afternoon.  Every Wednesday this month, including August 2, I attend a Connecticut Attorneys Title Insurance Company (CATIC) seminar in Rocky Hill.

      10. Also, on August l0 and 11 I have two re-noticed depositions in Simsbury.

                                    Respectfully submitted,

                                    _____/S/
                                  MARTIN S. ECHTER
                                  Federal Bar No. ct07596
                                  Law Office of Patricia A. Cofrancesco
                                  89 Kimberly Avenue
                                  East Haven, CT 06512
                                  Phone: (203) 467-6003
                                  Fax: (203) 467-6004

                                  Certificate of Service

      I, Martin S. Echter, hereby certify that I have served the foregoing by causing a copy to be FAXED and MAILED, POSTAGE PREPAID, to:

Attorney John J. Radshaw, III
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, Ct 06114

this _____ day of August, 2006.

                                  _____
                                  Martin S. Echter