UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ROBERT F. SALATTO, JR.       :   NO. 3:02 CV 0230 (EBB) (JGM)
    Plaintiff

VS.                           :

TOWN OF BRANFORD, ET AL.   :   AUGUST 18, 2006
    Defendants

MOTION FOR ADDITIONAL TWO BUSINESS DAYS IN WHICH TO FILE
SUPPLEMENTAL MEMORANDUM
IN SUPPORT OF
<u>OPPOSITION TO MOTION TO VACATE DEFAULT JUDGMENTS</u>

    The undersigned respectfully moves for an additional two business days, to and including Tuesday, August 22, 2006, in which to file a Supplemental emorandum in Support of Opposition to Motion to Vacate Default Judgments. The Supplemental Memorandum was initially due Friday, August 4, 2006, and then extended to Friday, August 18, 2006.

    There has been one prior request for such relief, to August 18, 2006.

    COUNSEL FOR DEFENDANTS was unavailable when I called to determine whether he consents, objects or takes no position with respect to this motion. However, I am sure he would want the additional time added to his deadline for filing a response. Also, I have no objection to any reasonable period of time the Court wishes to provide to defense counsel.

**ORAL ARGUMENT IS REQUESTED**
**TESTIMONY IS NOT REQUIRED**

<u>Reasons for granting the requested relief.</u>

1. As the Court is aware, there well in excess of a hundred documents filed in this lawsuit, most handwritten.

2. I determined to not copy the entire court file because of Mr. Salatto's very limited financial resources and inability, because of his confinement, to supplement those resources.

3. Mr. Salatto's copies of the pleadings were first in the possession of the half-way house which he had left without permission, and then in the possession of his father. Therefore, as I also previously indicated, I had difficulty obtaining them. Once I did obtain them comparing them with the Court Docket Sheet raised questions in my mind whether I had copies of all pleadings that were filed. In fact, I did not. With the cooperation of Your Honor's Secretary and the staff in the Clerk's Office I have recently reviewed the court file and made copies of certain critical documents that were missing from those I had obtained from the halfway house and from Mr. Salatto's father. It now appears I have all critical documents and I have begun final preparation of my memorandum.

4. I did my legal research prior to obtaining the complete documents.

5. Still, care is required to clearly set forth the relevant chronology and details of the pleadings history and to discuss it in the context of the several standards for vacating a default judgment, including but not limited to whether the defaults were "willful" as that term has been defined by the Second Circuit Court of Appeals and whether the plaintiff has offered a "meritorious defense"

6. I believe I may actually complete my Supplemental Memorandum today, but there is still much to do and out of an abundance of caution I am seeking the additional time during the forthcoming weekend.

7. Rather than asking until Monday I am requesting until Tuesday so that I can meet with Mr. Salatto on Monday or Tuesday morning in order to get his comments and input. As the Court is aware Mr. Salatto has devoted substantial effort to his *pro se* pleadings, and, at least in his opinion, to date his efforts at exercising his right to petition for relief have not been a credit to the legal profession. Therefore, I believe it is appropriate and desirable to obtain his input, to the extent I am able to do so, rather than simply hand him a *fait accompli*. Mr. Salatto is currently incarcerated in Bridgeport, and, while it is something of an inconvenience for me, I am attempting to make arrangements to meet with him there on Monday. Mailing him the proposed pleading earlier was just not feasible for me, given other professional and personal obligations, and to mail it at this time would simply delay matters further.

         Respectfully submitted,

         _____/S/
         MARTIN S. ECHTER
         Federal Bar No. ct07596
         Law Office of Patricia A. Cofrancesco
         89 Kimberly Avenue
         East Haven, CT 06512
         Phone: (203) 467-6003
         Fax: (203) 467-6004

<u>Certificate of Service</u>

    I, Martin S. Echter, hereby certify that I have served the foregoing by causing a copy to be FAXED and MAILED, POSTAGE PREPAID, to:

Attorney John J. Radshaw, III
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, Ct 06114

this 18th of August, 2006.

                                              _____
                                                Martin S. Echter