UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ROBERT F. SALATTO, JR.    :    NO. 3:02 CV 0230 (EBB) (JGM)
    Plaintiff

VS.    :

TOWN OF BRANFORD, ET AL.  :  AUGUST 25, 2006
    Defendants

### NOTICE OF MANUAL FILING OF SUPPLEMENTAL MEMORANDUM IN SUPPORT OF OPPOSITION TO MOTION TO VACATE DEFAULT JUDGMENTS, RELATED EXHIBITS, AND MOTION FOR LEAVE TO FILE

The undersigned herewith gives notice of the manual filing of the accompanying Supplemental Memorandum in Support of Opposition to Motion to Vacate Default Judgments, Related Exhibits, and Motion for Leave To File.

This office continues to have difficulty making electronic filing, as well as other ongoing problems with Internet access and transmissions.

                Respectfully submitted,

                _____/S/
                MARTIN S. ECHTER
                Federal Bar No. ct07596
                Law Office of Patricia A. Cofrancesco
                89 Kimberly Avenue
                East Haven, CT 06512
                Phone: (203) 467-6003
                Fax: (203) 467-6004

<u>Certificate of Service</u>

  I, Martin S. Echter, hereby certify that I have served the foregoing by causing a copy to be FAXED and MAILED, POSTAGE PREPAID, to:

Attorney John J. Radshaw, III
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, Ct 06114

this _____ of August, 2006.

                _____
                Martin S. Echter

-2-