UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ROBERT F. SALATTO, JR.    :   NO. 3:02 CV 0230 (EBB) (JGM)
    Plaintiff

VS.                       :

TOWN OF BRANFORD, ET AL.  :   AUGUST 25, 2006
    Defendants

**EXHIBITS FILED IN SUPPORT OF
SUPPLEMENTAL MEMORANDUM
IN SUPPORT OF
OPPOSITION TO MOTION TO VACATE DEFAULT JUDGMENTS,
<u>AND RELATED EXHIBITS</u>**

1. Excerpts from Website of Law Firm representing the defendants

2. Plaintiff's Pro Se Itemization of Pleadings

3. Excerpts from Defendants' Interrogatory Answers

4. 2004 Correspondence between plaintiff and defense counsel

5. Cover of September 2, 2004 Deposition of Robert Salatto, Sr.

6. 2005 – 2006 Correspondence between plaintiff and defense counsel

7. Relevant correspondence from Town of Branford agencies to plaintiff, copied to defense counsel

8. Branford Police Department Document concerning "Infectious Diseases"

9. Branford Police Department General Order 87-3

10. Branford Police Department General Order 99-1

Respectfully submitted,

_____/S/
MARTIN S. ECHTER
Federal Bar No. ct07596
Law Office of Patricia A. Cofrancesco
89 Kimberly Avenue
East Haven, CT 06512
Phone: (203) 467-6003
Fax: (203) 467-6004

Certificate of Service

I, Martin S. Echter, hereby certify that I have served the foregoing by causing a copy to be FAXED and MAILED, POSTAGE PREPAID, to:

Attorney John J. Radshaw, III
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, Ct 06114

this 18th of August, 2006.

_____
Martin S. Echter

-2-

Case 3:02-cv-00230-EBB   Document 197-2   Filed 08/25/2006   Page 3 of 3