**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

FILED

2006 SEP 14 P 1: 47

U.S. DIST.
NEW HAVEN COURT

ROBERT F. SALATTO,

*Plaintiff,*

v.

TOWN OF BRANFORD, ET AL.,

*Defendant*s.

Civil Action No.

3:02 CV 0230 (EBB) (JGM)

SEPTEMBER 14, 2006

<u>**MOTION FOR EXTENSION OF TIME**</u>

The defendants, TOWN OF BRANFORD; ROBERT GILL, Chief of Police;
PATRICK O'MALLEY, Patrol Officer; DAVID ATKINSON, Patrol Officer; and JOHN
DOE, Shift Supervisor, hereby move for an extension of time to respond to the plaintiff's
supplemental memorandum in opposition from Friday, September 15, 2006 until
Wednesday, September 20, 2006.

In support of this motion, the defendants offer as follows:

1.    The plaintiff has submitted a lengthy brief of significant legal arguments;

2.    The plaintiff has also submitted numerous exhibits;

3.    Additional time is necessary to formulate a proper response; and

4.    Plaintiff's counsel represented his consent to a reasonable extension of
time to respond in light of his earlier extensions.

WHEREFORE, the defendants pray their Motion for Extension of Time is granted.

THE DEFENDANTS,
TOWN OF BRANFORD; ROBERT
GILL, Chief of Police; PATRICK
O'MALLEY, Patrol Officer; DAVID
ATKINSON, Patrol Officer, and JOHN
DOE, Shift Supervisor

/s/ John J. Radshaw III
John J. Radshaw III, ct19882
HOWD & LUDORF
65 Wethersfield Avenue
Hartford, CT  06114
(860) 249-1361
(860) 249-7665 (fax)

## CERTIFICATION

I hereby certify that on September 14, 2006, a copy of foregoing was served by U.S. Mail, postage pre-paid to all *pro se* parties and counsel of record.

Martin S. Echter
Law Office of Patricia Cofrancesco
89 Kimberly Ave.
E. Haven, CT 06512

/s/ John J. Radshaw III
John J. Radshaw III