UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ROBERT F. SALATTO, JR. : NO. 3:02 cv 0230 (EBB) (JGM)
    Plaintiff

VS. :

TOWN OF BRANFORD, ET AL. : OCTOBER 6, 2006
    Defendants

NOTICE OF MANUAL FILING OF
APPLICATION FOR ATTORNEY FEES

The undersigned herewith gives notice of the manual filing of the accompanying Application for Attorney Fees, with attachments.

We continue to have problems with our internet access and transmissions.

Respectfully submitted,

_____/S/
MARTIN S. ECHTER
Federal Bar No. ct07596
Law Office of Patricia A. Cofrancesco
89 Kimberly Avenue
East Haven, CT 06512
Phone: (203) 467-6003
Fax: (203) 467-6004
E-Mail: pattycofrancescoatsbcglobal.net

Certificate of Service

      I, Martin S. Echter, hereby certify that I have served the foregoing by causing a copy to be FAXED and MAILED, POSTAGE PREPAID, to:

Attorney John J. Radshaw, III,
Howd & Ludorf, LLC,
65 Wethersfield Avenue,
Hartford, Ct 06114

this \_\_\_\_\_ day of October, 2006.

                                            _____
                                                  Martin S. Echter