UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ROBERT F. SALATTO, JR.         :   NO. 3:02 cv 0230 (EBB) (JGM)
    Plaintiff

VS.                                                :

TOWN OF BRANFORD, ET AL.  :   OCTOBER 6, 2006
    Defendants

NOTICE OF MANUAL FILING OF
OBJECTIONS TO
MAGISTRATE'S RECOMMENDED RULING

The undersigned herewith gives notice of the manual filing of the accompanying Objection To Magistrate's Recommended Ruling.

We continue to have problems with our internet access and transmissions.

    Respectfully submitted,

    _____/S/
    MARTIN S. ECHTER
    Federal Bar No. ct07596
    Law Office of Patricia A. Cofrancesco
    89 Kimberly Avenue
    East Haven, CT 06512
    Phone: (203) 467-6003
    Fax: (203) 467-6004
    E-Mail: pattycofrancescoatsbcglobal.net

Certificate of Service

I, Martin S. Echter, hereby certify that I have served the foregoing by causing a copy to be FAXED and MAILED, POSTAGE PREPAID, to:

Attorney John J. Radshaw, III,
Howd & Ludorf, LLC,
65 Wethersfield Avenue,
Hartford, Ct 06114

this \_\_\_\_\_ day of October, 2006.

_____
Martin S. Echter