**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

FILED

2006 NOV 13 P 3: 04

U.S. DISTRICT COURT
NEW HAVEN, CT

| | |
|---|---|
| ROBERT F. SALATTO, | |
| *Plaintiff,* | Civil Action No. |
| v. | 3:02 CV 0230 (EBB) (JGM) |
| TOWN OF BRANFORD, ET AL., | |
| *Defendants.* | NOVEMBER 10, 2006 |

## MOTION FOR EXTENSION OF TIME

The defendants, TOWN OF BRANFORD; ROBERT GILL, Chief of Police; PATRICK O'MALLEY, Patrol Officer; DAVID ATKINSON, Patrol Officer; and JOHN DOE, Shift Supervisor, hereby move for an extension of time to respond to the plaintiff's objection to the recommended ruling of the magistrate judge and the plaintiff's fee petition until November 30, 2006.

The requested additional time will be necessary as defense counsel will be on a long planned, pre-paid wedding vacation from November 9, 2006 until November 24, 2006, returning to the office on November 27, 2006.

Plaintiff's counsel has no objection to this motion.

WHEREFORE, the defendants pray their Motion for Extension of Time is granted.

THE DEFENDANTS,
TOWN OF BRANFORD; ROBERT
GILL, Chief of Police; PATRICK
O'MALLEY, Patrol Officer; DAVID
ATKINSON, Patrol Officer; and JOHN
DOE, Shift Supervisor

/s/ John J. Radshaw III
John J. Radshaw III, ct19882
HOWD & LUDORF
65 Wethersfield Avenue
Hartford, CT 06114
(860) 249-1361
(860) 249-7665 (fax)


## CERTIFICATION

I hereby certify that on November 10, 2006, a copy of foregoing was served by U.S. Mail, postage pre-paid to all *pro se* parties and counsel of record.

Martin S. Echter
Law Office of Patricia Cofrancesco
89 Kimberly Ave.
E. Haven, CT 06512

/s/ John J. Radshaw III
John J. Radshaw III