UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **DIANE MARCISZ,** | : | CIVIL ACTION NO. |
| Plaintiff | | 3:04-cv-01239 (WWE) |
| **VS.** | : | |
| **CITY OF NEW HAVEN** | : | DECEMBER 11, 2006 |
| Defendant | | |

### JOINT MOTION TO EXTEND DEADLINES
### DUE TO RESIGNATION OF ATTORNEY FOR DEFENDANT

The undersigned respective counsel for the plaintiff and the defendant respectfully move this Honorable Court for an extension of deadlines in the above-captioned matter, respectively, to <u>Friday, February 2, 2007</u> in order to complete discovery, and to <u>Friday, February 23, 2007</u> in order to file dispositive motions.

Deadlines were previously extended, but defense counsel of record unexpectedly resigned from her employment with the City of New Haven this past week, all as more fully discussed below.

1. The Court previously extended the deadline for completion of discovery (A) when plaintiff's new attorney Martin S. Echter entered an Appearance earlier this year, and (B) again, to and including <u>January 5, 2007</u>, after Jonathan Beamon, the Assistant Corporation Counsel assigned to defend this case, resigned from the Office of the New Haven Corporation Counsel.   The attorney

**ORAL ARGUMENT IS <u>NOT</u> REQUESTED**
**TESTIMONY IS <u>NOT</u> REQUIRED**

assuming responsibility after Attorney Beamon's resignation was Assistant Corporation Counsel Jennifer Vickery.

    2. In order to accommodate conflicting schedules and other court imposed obligations of the respective attorneys for plaintiff and defendant, Assistant Corporation Counsel Vickery recently noted the deposition of the plaintiff for Wednesday, December 27, 2006, with plaintiff's counsel to notice depositions for the same week.

    3. This past week Attorney Vickery unexpectedly submitted her resignation from the Office of the Corporation Counsel.

    4. The case has now been reassigned to the undersigned Assistant Corporation Counsel Audrey C. Kramer.

    4. Attorney Kramer has a previously scheduled family vacation between December 22, 2006 and January 2, 2007.

    6. Plaintiff's Attorney Martin Echter is scheduled, <u>inter alia</u>, to complete depositions by January 15 , 2007, in a case pending before the Hon. Christopher F. Droney which involves five plaintiffs (all represented by Attorney Echter) and many thousands of pages of documents and covers events occurring over the course of approximately ten years. <u>Manemeit, et al.</u> v. <u>Town of Branford</u>, U.S.D.C. No. 3:04 CV 01353 (CFD).

Respectfully submitted,

| | |
|---|---|
| _____/S/ | _____/S/ |
| MARTIN S. ECHTER | AUDREY C. KRAMER |
| Federal Bar No. ct07596 | Assistant Corporation Counsel |
| Law Office of Patricia A. Cofrancesco | Federal Bar No. ct14520 |
| 89 Kimberly Avenue | Office of the Corporation Counsel |
| East Haven, CT 06512 | 165 Church Street, 4th Floor |
| Phone: (203) 467-6003 | New Haven, CT 06510 |
| Fax: (203) 467-6004 | Phone: (203) 946-7964 |
| | Fax: (203) 946-7942 |

### Certificate of Service

I, Martin S. Echter, hereby certify that I have served the foregoing by causing a copy to be MAILED, POSTAGE PREPAID, to

Attorney R. Edward Phillips
Attorney Warren Miller
Miller & Phillips, LLC
P. O. Box 116
New London, CT 06320-0116
Phone (860) 444-0437
Fax: (860) 443-1354

and

HAND-DELIVERED to

Attorney Patricia A. Cofrancesco
89 Kimberly Avenue
East Haven, CT 06512
Phone (203) 467-6003
Fax: (203) 467-6004
E-Mail: pattycofrancescoatsbcglobal.net

this 11th day of December, 2006.

_____     _____
        Martin S. Echter                                       Audrey C. Kramer