UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ROBERT F. SALATTO, JR.   :   NO. 3:02 cv 0230 (EBB) (JGM)
    Plaintiff

VS.   :

TOWN OF BRANFORD, ET AL.   :   JANUARY 30, 2007
    Defendants

## APPLICATION FOR
## SUPPLEMENTAL ATTORNEY FEES

The plaintiff, by counsel, respectfully submits the following Application for Attorney Fees for time expended since my initial Application for compensation for 51.6 hours, filed October 6, 2006.

This Supplemental Application is to cover time expended, respectively, to our Plaintiff's Objection to the Magistrate's Recommended Ruling Re Attorney Fees, and our Plaintiff's Opposition to the Defendants' Objection to the Magistrate's Recommended Ruling Re Attorney Fees.

This Supplemental Application does not represent all the time I have expended on this lawsuit since October 6, 2006.

**NOTE:**

In order to avoid duplication of work already done in my initial Application of October 6, 2006, I incorporate herein by reference from that initial Application my discussion of the relevant law, my exhaustive recitation of my relevant education, training and experience of counsel, and my discussion of the

**ORAL ARGUMENT IS REQUESTED**
**TESTIMONY IS NOT REQUIRED**

appropriate hourly rate (since the latter issue seems to have been resolved without objection).

**Hours expended.** As indicated in the appended itemization, I have devoted 4.0 hours to our Plaintiff's Objection to the Magistrate's Recommended Ruling Re Attorney Fees, and our Plaintiff's Opposition to the Defendants' Objection to the Magistrate's Recommended Ruling Re Attorney Fees.

**Total supplemental amount claimed.** At the rate of $300.00 per hour, as previously determined by the Court without objection, I respectfully claim the supplemental sum of **$1,200.00**.

Respectfully submitted,

_____/S/
MARTIN S. ECHTER
Federal Bar No. ct07596
Law Office of Patricia A. Cofrancesco
89 Kimberly Avenue
East Haven, CT 06512
Phone: (203) 467-6003
Fax: (203) 467-6004
E-Mail: pattycofrancescoatsbcglobal.net

<u>Certificate of Service</u>

  I, Martin S. Echter, hereby certify that I have served the foregoing by causing a copy to be FAXED and MAILED, POSTAGE PREPAID, to:

Attorney John J. Radshaw, III, Howd & Ludorf, LLC,
65 Wethersfield Avenue, Hartford, Ct 06114

this 30th day of January, 2007.

                _____
                 Martin S. Echter

**Salatto, Robert F., Jr. – Martin Echter's Detailed Time Sheet**

**Hours Expended Since Initial Application of October 6, 2007,
Only Addressing Objections to the Magistrate's Ruling Re Attorney Fees**

| Date | Service Performed | Hours |
|---|---|---|
| **January 3, 2007** | | |
| 3:11 p.m. – 3:58 p.m. | Work on Objection to Recommended Ruling on Attorney Fees | .8 |
| **January 5, 2007** | | |
| 3:04 p.m. -- 3:51 p.m. | Work on Objection to Recommended Ruling on Attorney Fees, and Notice Of Manual Filing | .8 |
| **January 18, 2007** | | |
| 8:31 a.m. – 8:59 a.m. | Quick review of Defendants' Objection to Magistrate's Recommended Ruling Re Attorney Fees | .5 |
| **January 30, 2007** | | |
| 10:18 a.m. -- 11:36 a.m. | Preparation of Opposition to Plaintiff's Objection to Magistrate's Recommended Ruling Re Attorney Fees | 1.3 |
| 11:37 a.m. – 12:14 p.m. | Preparation of Supplemental Application for Attorney Fees | .6 |

**TOTAL TIME (Hours):    4.0**

```
ERROR: syntaxerror
OFFENDING COMMAND: --nostringval--

STACK:

/Title
()
/Subject
(D:20070130124757)
/ModDate
()
/Keywords
(PDFCreator Version 0.8.0)
/Creator
(D:20070130124757)
/CreationDate
(Martin Echter)
/Author
-mark-
```