IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

```
-----------------------------------------------------------x
                                           :
ROBERT SALATTO                             :
                                           :    3:02 CV 230 (EBB)
V.                                         :
                                           :
TOWN OF BRANFORD ET AL.                    :    DATE: NOVEMBER 29, 2007
                                           :
-----------------------------------------------------------x
```

MEMORANDUM OF TELEPHONIC STATUS CONFERENCE

Date of Conference:   November 29, 2007

Attorneys Present:    Martin Echter, Esq.
                      (For Plaintiff)(by telephone)

                      John J. Radshaw, Esq.
                      (For Defendants)(by telephone)

DISCUSSIONS

Counsel agreed to the deadlines set forth below.

ORDERS

1. By agreement of counsel, plaintiff's counsel will provide defense counsel with copies of all of plaintiff's relevant medical records **on or before January 14, 2008**.

2. By further agreement of counsel, a settlement conference will be held before this Magistrate Judge on **January 24, 2008, at 10:00 a.m.**

3. The Magistrate Judge is available for such other conferences (which may be held telephonically) as may be necessary.

Dated at New Haven, Connecticut, this 29th day of November, 2007.

                                          ___/s/_____
                                          Joan Glazer Margolis
                                          U.S. Magistrate Judge