UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT F. SALATTO, JR. | : | |
| | : | |
| v. | : | CIVIL NO. 3:02CV230(EBB) |
| | : | |
| TOWN OF BRANFORD, PATRICK O'MALLEY, DAVID ATKINSON, W. THOMAS GRANTLAND | : | |

### ORDER OF DISMISSAL

The parties have reported that this action has been settled in full. Rather than continue to keep the case open on the docket, the Clerk is directed to administratively close the file without prejudice to reopening on or before May 25, 2008.

If the parties wish to file a stipulation of dismissal (for approval by the court or simply for inclusion in the court's file), they may do so on or before May 25, 2008.

The dates set forth in this order may be extended for good cause pursuant to a motion filed in accordance with Local Rule 7.

IT IS SO ORDERED.

 /s/ Ellen Bree Burns, SUSDJ
Ellen Bree Burns
Senior United States District Judge

Dated at New Haven, Connecticut: April 25, 2008.